EXHIBIT 2

US009134994B2

(12) **United States Patent**
Patel et al.

(10) **Patent No.:**  **US 9,134,994 B2**
(45) **Date of Patent:**  **Sep. 15, 2015**

(54) **METHOD AND SYSTEM FOR UPDATING FIRMWARE USING A MOBILE DEVICE AS A COMMUNICATIONS BRIDGE**

(71) Applicant: **PayRange Inc.**, Portland, OR (US)

(72) Inventors: **Paresh K. Patel**, Portland, OR (US);
**Chau M. Doan**, Beaverton, OR (US);
**Christopher M. Sokol**, Portland, OR
(US); **Corin P. Frauenglass**, Seattle, WA
(US)

(73) Assignee: **PAYRANGE INC.**, Portland, OR (US)

( * ) Notice:    Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/321,733**

(22) Filed:    **Jul. 1, 2014**

(65)         **Prior Publication Data**

US 2015/0169312 A1      Jun. 18, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 14/320,534, filed on
Jun. 30, 2014, which is a continuation-in-part of
application No. 14/214,644, filed on Mar. 14, 2014,
now Pat. No. 8,856,045, which is a

(Continued)

(51) **Int. Cl.**
**G06F 9/445**    (2006.01)
**G06F 9/44**    (2006.01)
**G06Q 20/18**    (2012.01)
(52) **U.S. Cl.**
CPC .. **G06F 8/65** (2013.01); **G06F 8/20** (2013.01);
**G06F 8/35** (2013.01); **G06Q 20/18** (2013.01)
(58) **Field of Classification Search**
CPC .............. G06F 8/65; G06F 8/20; G06F 8/35;
G06Q 20/18
See application file for complete search history.

(56)            **References Cited**

U.S. PATENT DOCUMENTS

5,844,808  A    12/1998  Konsmo et al.
5,892,900  A    4/1999   Ginter et al.
(Continued)

FOREIGN PATENT DOCUMENTS

WO    WO2008/083022  A1    7/2008
WO    WO2008/083025  A2    7/2008
(Continued)

OTHER PUBLICATIONS

Balfe et al., e-EMV: emulating EMV for internet payments with
trusted computing technologies, Oct. 2008, 12 pages.*
(Continued)

*Primary Examiner* — Thuy Dao
(74) *Attorney, Agent, or Firm* — Morgan, Lewis & Bockius
LLP

(57)            **ABSTRACT**

A first device with one or more processors, processors,
memory, and two or more communication capabilities
obtains, from a payment module, advertised information via
a first communication capability (e.g., BLE), where the
advertised information at least includes a current firmware
version of the payment module. In accordance with a deter-
mination that the current firmware version of the payment
module satisfies one or more predefined firmware criteria
(i.e., indicating that the payment module's firmware needs
updating), the first device includes sends, to the payment
module, firmware update information via the first communi-
cation capability, where the firmware update information
includes one or more data packets for updating the current
firmware version of the payment module.

**24 Claims, 49 Drawing Sheets**



**US 9,134,994 B2**

Page 2

## Related U.S. Application Data

continuation-in-part of application No. 29/477,025, filed on Dec. 18, 2013.

(60) Provisional application No. 61/917,936, filed on Dec. 18, 2013.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,462,644 | B1 | 10/2002 | Howell et al. |
| 6,584,309 | B1 | 6/2003 | Whigham |
| 6,793,134 | B2 | 9/2004 | Clark |
| 7,085,556 | B2 | 8/2006 | Offer |
| 7,127,236 | B2 | 10/2006 | Khan et al. |
| 7,455,223 | B1 | 11/2008 | Wilson et al. |
| 7,721,958 | B2 | 5/2010 | Belfer et al. |
| 7,848,980 | B2 | 12/2010 | Carlson |
| D669,899 | S | 10/2012 | Cheng |
| 8,346,670 | B2 | 1/2013 | Hasson et al. |
| 8,356,754 | B2 | 1/2013 | Johnson et al. |
| 8,376,227 | B2 | 2/2013 | Hammad et al. |
| 8,396,589 | B2 | 3/2013 | Katzenstein Garibaldi et al. |
| 8,412,626 | B2 | 4/2013 | Hirson et al. |
| 8,438,066 | B1 | 5/2013 | Yuen |
| 8,479,190 | B2 * | 7/2013 | Sueyoshi et al. .............. 717/171 |
| 8,489,140 | B2 | 7/2013 | Weiner et al. |
| 8,517,766 | B2 | 8/2013 | Golko et al. |
| 8,548,426 | B2 | 10/2013 | Smith |
| 8,583,496 | B2 | 11/2013 | Yoo et al. |
| 8,596,528 | B2 | 12/2013 | Fernandes et al. |
| 8,600,899 | B1 | 12/2013 | Davis |
| 8,615,445 | B2 | 12/2013 | Dorsey et al. |
| 8,645,971 | B2 | 2/2014 | Carlson et al. |
| 8,700,530 | B2 | 4/2014 | Smith |
| 8,707,276 | B2 * | 4/2014 | Hill et al. .................... 717/135 |
| 8,769,643 | B1 | 7/2014 | Ben Ayed |
| 8,810,430 | B2 * | 8/2014 | Proud ...................... 340/870.03 |
| 8,819,659 | B2 * | 8/2014 | Ramer et al. ................. 717/168 |
| 8,838,481 | B2 | 9/2014 | Moshfeghi |
| 8,850,421 | B2 * | 9/2014 | Proud ............................. 717/172 |
| 8,856,045 | B1 | 10/2014 | Patel et al. |
| 8,898,620 | B2 * | 11/2014 | Eizenman et al. ........... 717/104 |
| 9,037,492 | B2 * | 5/2015 | White ............................. 705/17 |
| 2002/0164953 | A1 | 11/2002 | Curtis |
| 2003/0110097 | A1 | 6/2003 | Lei |
| 2003/0158891 | A1 | 8/2003 | Lei et al. |
| 2004/0049454 | A1 | 3/2004 | Kanno et al. |
| 2004/0117262 | A1 | 6/2004 | Berger et al. |
| 2015/0105901 | A1 | 4/2005 | Joshi et al. |
| 2005/0101295 | A1 | 5/2005 | Rupp |
| 2005/0181804 | A1 | 8/2005 | Misikangas et al. |
| 2005/0232421 | A1 | 10/2005 | Simons et al. |
| 2007/0050083 | A1 | 3/2007 | Signorelli et al. |
| 2007/0187491 | A1 | 8/2007 | Godwin et al. |
| 2008/0033880 | A1 | 2/2008 | Fiebiger et al. |
| 2008/0126213 | A1 | 5/2008 | Robertson et al. |
| 2008/0141033 | A1 | 6/2008 | Ginter et al. |
| 2008/0154727 | A1 | 6/2008 | Carlson |
| 2008/0154735 | A1 | 6/2008 | Carlson |
| 2008/0167991 | A1 | 7/2008 | Carlson et al. |
| 2008/0183480 | A1 | 7/2008 | Carlson et al. |
| 2008/0201226 | A1 | 8/2008 | Carlson et al. |
| 2008/0208762 | A1 | 8/2008 | Arthur et al. |
| 2008/0255947 | A1 | 10/2008 | Friedman |
| 2009/0037284 | A1 * | 2/2009 | Lewis et al. ...................... 705/16 |
| 2009/0099961 | A1 | 4/2009 | Ogilvy |
| 2009/0119190 | A1 | 5/2009 | Realini |
| 2009/0171682 | A1 | 7/2009 | Dixon et al. |
| 2009/0306818 | A1 | 12/2009 | Slagley et al. |
| 2009/0313132 | A1 | 12/2009 | McKenna et al. |
| 2009/0327089 | A1 | 12/2009 | Kanno et al. |
| 2010/0094456 | A1 | 4/2010 | Simpkins et al. |
| 2011/0040686 | A1 | 2/2011 | Carlson |
| 2011/0153436 | A1 | 6/2011 | Krampe |
| 2011/0153442 | A1 | 6/2011 | Krampe |
| 2011/0251910 | A1 | 10/2011 | Dimmick |

| | | | |
|---|---|---|---|
| 2011/0276636 | A1 | 11/2011 | Cheng et al. |
| 2012/0011024 | A1 | 1/2012 | Dorsey et al. |
| 2012/0016731 | A1 | 1/2012 | Smith et al. |
| 2012/0029691 | A1 | 2/2012 | Mockus et al. |
| 2012/0036045 | A1 | 2/2012 | Lowe et al. |
| 2012/0078735 | A1 | 3/2012 | Bauer et al. |
| 2012/0158172 | A1 | 6/2012 | Wencslao |
| 2012/0197740 | A1 | 8/2012 | Grigg et al. |
| 2012/0231844 | A1 | 9/2012 | Coppinger |
| 2012/0246074 | A1 | 9/2012 | Annamalai et al. |
| 2012/0276845 | A1 | 11/2012 | Wikander |
| 2012/0290472 | A1 | 11/2012 | Mullen et al. |
| 2012/0303528 | A1 | 11/2012 | Weiner et al. |
| 2012/0316963 | A1 | 12/2012 | Moshfeghi |
| 2013/0030931 | A1 | 1/2013 | Moshfeghi |
| 2013/0054395 | A1 * | 2/2013 | Cyr et al. ......................... 705/21 |
| 2013/0085835 | A1 | 4/2013 | Horowitz |
| 2013/0117738 | A1 * | 5/2013 | Livingston et al. ........... 717/168 |
| 2013/0124289 | A1 | 5/2013 | Fisher |
| 2013/0143498 | A1 | 6/2013 | Niemi |
| 2013/0166448 | A1 | 6/2013 | Narayanan |
| 2013/0185150 | A1 | 7/2013 | Crum |
| 2015/0154579 | A1 * | 7/2013 | Sueyoshi et al. .............. 717/171 |
| 2013/0217333 | A1 | 8/2013 | Sprigg et al. |
| 2013/0246171 | A1 | 9/2013 | Carapelli |
| 2013/0246364 | A1 | 9/2013 | Bhavith |
| 2013/0267121 | A1 | 10/2013 | Hsu |
| 2013/0267176 | A1 | 10/2013 | Hertel et al. |
| 2013/0278622 | A1 * | 10/2013 | Sun et al. ....................... 345/589 |
| 2013/0297422 | A1 | 11/2013 | Hunter et al. |
| 2013/0311379 | A1 | 11/2013 | Smith |
| 2013/0311382 | A1 | 11/2013 | Fosmark et al. |
| 2013/0332293 | A1 | 12/2013 | Ran |
| 2014/0019367 | A1 | 1/2014 | Khan et al. |
| 2014/0040028 | A1 | 2/2014 | King et al. |
| 2014/0040117 | A1 | 2/2014 | Jain |
| 2014/0064116 | A1 | 3/2014 | Linde et al. |
| 2014/0074714 | A1 | 3/2014 | Melone et al. |
| 2014/0074723 | A1 | 3/2014 | Kamat |
| 2014/0100977 | A1 | 4/2014 | Davis |
| 2014/0122298 | A1 * | 5/2014 | Oyer .......................... 705/26.62 |
| 2014/0136301 | A1 | 5/2014 | Valdes |
| 2014/0180852 | A1 * | 6/2014 | Kamat ............................. 705/16 |
| 2014/0201066 | A1 | 7/2014 | Roux et al. |
| 2014/0249995 | A1 | 9/2014 | Ogilvy |
| 2014/0279101 | A1 | 9/2014 | Duplan et al. |
| 2014/0317611 | A1 * | 10/2014 | Wojcik et al. ................. 717/168 |
| 2014/0378057 | A1 | 12/2014 | Ramon et al. |
| 2015/0073980 | A1 | 3/2015 | Griffin et al. |
| 2015/0081462 | A1 | 3/2015 | Ozvat et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO2008/083078 A2 | 7/2008 |
| WO | WO2008/083089 A1 | 7/2008 |
| WO | WO2008/083105 A2 | 7/2008 |
| WO | WO2008/083115 A1 | 7/2008 |
| WO | WO2008/083119 A1 | 7/2008 |
| WO | WO2013/132995 A1 | 9/2013 |
| WO | WO2013/177416 A2 | 11/2013 |

### OTHER PUBLICATIONS

Balan et al., mFerio: the design and evaluation of a peer-to-peer mobile payment system, Jun. 2009, 14 pages.*
Bing, Bing Images Search: "dongle", http://www.bing.com/images/search?q=dongle&FORM+HDRSC2, Dec. 5, 2013, 8 pgs.
Google, Chromecast, htttp://www.google.com/intl/devices/chromecast/, Dec. 12, 2013, 10 pgs.
Madlmayr et al., "Near Field Communication Based Mobile Payment System," Austrian Research Funding: Agency, Project 811408, Mar. 6, 2008, 13 pgs.
Patel, Office Action U.S. Appl. No. 14/321,733, dated Aug. 21, 2014, 9 pgs.
Patel, Notice of Allowance, U.S. Appl. No. 14/321,733, dated Feb. 27, 2015, 9 pgs.
Patel, Office Action U.S. Appl. No. 14/320,534, dated Oct. 29, 2014, 18 pgs.

**US 9,134,994 B2**

Page 3

(56)     **References Cited**

OTHER PUBLICATIONS

Patel, Office Action U.S. Appl. No. 14/335,762, dated Dec. 10, 2014,
7 pgs.
Patel, Office Action U.S. Appl. No. 14/321,717, dated Dec. 19, 2014,
16 pgs.
Patel, Office Action U.S. Appl. No. 14/456,683, dated Jan. 2, 2015, 10
pgs.
Patel, Office Action U.S. Appl. No. 14/458,199, dated Jan. 5, 2015, 7
pgs.
Patel, Office Action U.S. Appl. No. 14/456,192, dated Jan. 30, 2015,
24 pgs.
Patel, Office Action U.S. Appl. No. 14/321,724, dated May 15, 2015,
19 pgs.
Provisional U.S. Appl. No. 60/871,898, Value Based Offers, inventor
Mark Carlson, filed Dec. 26, 2006. US Patent and Trademark Office,
169 pgs.

PayRange, Inc., International Search Report and Written Opinion,
PCT/US2014/071284, Mar. 25, 2015, 10 pgs.
Patel, Office Action U.S. Appl. No. 14/320,534, dated Apr. 16, 2015,
21 pgs.
Patel, Final Office Action U.S. Appl. No. 14/456,683, dated Jun. 8,
2015, 14 pgs.
Patel, Office Action U.S. Appl. No. 14/641,236, dated May 29,2015,
10 pgs.
Patel, Office Action U.S. Appl. No. 14/614,336, dated May 27, 2015,
17 pgs.
Patel, Final Office Action U.S. Appl. No. 14/321,717, dated Jun. 18,
2015, 22 pgs.
Patel, Final Office Action U.S. Appl. No. 14/458,199, dated Jun. 24,
2015, 8 pgs.

* cited by examiner



Figure 2



Figure 1

| Tab | Favorite? | Alert | View to User |
|---|---|---|---|
| All | Yes | No | User can make Hands-free Credit with the connected vending machine |
| All | No | Yes | User needs to launch Mobile Device and then swipe to make transaction manually |
| Favorite | Yes | No | Hands-free transction will be available to the user via vending machine |
| Favorite | No | No | User is not alerted for the vending machine which is not a favorite machine. Hands-free mode will not work, manual swipe for transaction required by user |
| Either All or Favorite | Yes | Yes | BUT Hands-free Credit is not available (disabled by module, expired AuthGrant, insufficient balance, or other issue), then user will get an alert so that user can swipe credit manually |

**Figure 3**

200 Credit Established → 202 User Makes Selection in Machine → 204 Machine Notifies Adapter Module of Selection → 206 Adapter Module RSSI → 208 Purchase Process(es) Continues

**Figure 4**



**Figure 5**



**Figure 6**



**Figure 7**



**Figure 8A**



**Figure 8B**



**Figure 8C**



Figure 8D



Figure 8E



**Figure 8F**



Figure 8G



**Figure 9A**



**Figure 9B**



**Figure 9C**



**Figure 9D**



**Figure 9E**



**Figure 10A**



**Figure 10B**





**Figure 10C**



**Figure 10D**



Figure 12

Figure 13

Figure 11



Figure 16

Figure 14

Figure 15

Figure 17



**Figure 18**



**Figure 19**



**Figure 20**



**Figure 21**



**Figure 22**

**U.S. Patent**     Sep. 15, 2015     Sheet 29 of 49     US 9,134,994 B2



**Figure 23**



Figure 24A



Figure 24B

Figure 24C



**Figure 24D**



**Figure 25A**



Figure 25B

1300
Payment Module 100
Mobile Device 150
Server 130
Broadcast (1302) packet with at least current FW version
Determine (1304) that current FW ver. of module satisfies FW criteria
In response to determination that FW criteria satisfied, send (1306) FW update info
Broadcast (1308) update status info, incl. a verification request
Send (1310) update status info, incl. current FW version and verification request
Process (1312) verification request
Send (1314) FW command
Send (1316) FW command
Execute (1318) FW command

Figure 26A



1320
Payment Module 100
Mobile Device 150
Server 130
Broadcast (1322) packet with at least current FW version
Send (1324) current FW version
Determine (1326) that current FW ver. of module satisfies FW criteria
In response to determination that FW criteria satisfied, send (1328) FW update info
Send (1330) FW update info
Broadcast (1332) update status info, incl. a verification request
Send (1334) update status info, incl. current FW version and verification request
Process (1336) verification request
Send (1338) FW command
Send (1340) FW command
Execute (1342) FW command

**Figure 26B**



1350
Payment Module 100
Mobile Device 150
Server 130
Broadcast (1352) packet with at least current FW version
Determine (1354) that current FW ver. of module satisfies FW criteria
In response to determination that FW criteria satisfied, send (1356) FW update request
Process (1358) the FW update request
Send (1360) FW update approval
Send (1362) FW update approval
Send (1364) FW update information
Verify (1366) FW update Information
Execute (1368) FW update Information

Figure 26C



1400

At a device with one or more processors, memory, and two or more communication capabilities: ⌐1402

   Obtain, from a payment module, advertised information via a first communication capability, where the advertised information at least includes an authorization code

   The first communication capability corresponds to a short-range communication protocol ⌐1404

Send, to a server, at least the authorization code from the advertised information via a second communication capability distinct from the first communication capability ⌐1406

   The second communication capability corresponds to a long-range communication protocol ⌐1408

   The advertised information further includes an authorization zone threshold criterion; and ⌐1410

      Send at least the authorization request code, to the server, at least the authorization request code via the second communication capability in accordance with a determination that the authorization zone threshold criterion is satisfied

   The advertised information further includes status information indicating one or more states of at least one of the payment module and the payment accepting unit; and ⌐1412

      Send, to the server, the status information from the advertised information via the second communication capability

(A)

**Figure 27A**



A
In response to sending at least the authorization code, obtain, from the server, authorization information via the second communication capability, where the authorization information at least includes an authorization grant token
1414
The authorization request code is encrypted with a shared secret key corresponding to the payment module, and
At least a portion of the authorization grant token is encrypted with the shared secret key corresponding to the payment module
1416
After obtaining the authorization information, detect a trigger condition to perform a first transaction with a payment accepting unit associated with the payment module
1418
The advertised information further includes a payment zone threshold criterion; and
Detecting the trigger condition comprises:
Determining whether the payment zone threshold criterion is satisfied; and
In accordance with a determination that the payment zone threshold criterion is satisfied, detecting the trigger condition
1420
Detecting the trigger condition comprises:
Detecting a user input from a user of the device; and
In response to detecting the user input, detecting the trigger condition to perform a transaction with the payment accepting unit
1422
The authorization information further includes a expiration period for the authorization grant token; and
Sending the authorization grant token comprises sending, to the payment module, the authorization grant token via the first communication capability in response to detecting the trigger condition and in accordance with a determination that the expiration period has not elapsed
1424
B

Figure 27B



B
In response to detecting the trigger condition, send, to the payment module, the authorization grant token via the first communication capability
1426
After sending the authorization grant token, obtain, from the payment module, first transaction information indicating a status of the first transaction with the payment accepting unit the first communication capability; and
Send, to the server, the first transaction information corresponding to the status of the first transaction the second communication capability
1428

Figure 27C

1500



At a device with one or more processors, memory, and two or more communication capabilities:

Obtain, from a payment module, advertised information via a first communication capability, where the advertised information at least includes status information indicating one or more states of at least one of a payment module and a payment accepting unit associated with the payment module ~1502

The first communication capability corresponds to a short-range communication protocol ~1504

The status information indicates that the payment module is storing one or more interrupted transactions ~1506

The status information indicates that the payment accepting unit requires servicing ~1508

The status information indicates a count of at least one product in the payment accepting unit ~1510

The status information is encoded with a predefined code ~1512

The advertised information further includes an authorization code for authorizing a user of the device to perform a cashless transaction with the payment accepting unit ~1514

A

**Figure 28A**



A
Send, to a server, at least the status information from the advertised information via a second communication capability distinct from the first communication capability
1516
The second communication capability corresponds to a long-range communication protocol
1518
After sending the status information to the server, receive a request, from the server, via the second communication capability to obtain one or more interrupted transactions from the payment module;
Obtain, from the payment module, transaction information via the first communication capability, wherein the transaction information corresponds to the one or more interrupted transactions performed by one or more previous users at the payment accepting unit; and
Send, to the server, the transaction information via the second communication capability
1520

Figure 28B

1600

At a payment module coupled with a payment accepting unit, the payment — 1602
module including one or more processors, memory, and one or more first
communication capabilities:

    Obtain, from the payment accepting unit, a first notification indicating
completion of a first transaction performed by a first user of a first device at
the payment accepting unit and an amount of the first transaction

In response to receiving the notification: — 1604

    Generate first transaction information based at least in part on the first
notification;

    Store the generated first transaction information; and

    Send the generated first transaction information to the first device via
one of the one or more first communication capabilities

(A)

After sending the first transaction information to the first device and in — 1606
accordance with a determination that first acknowledgement information is
received from the first device within a predetermined time period:

    Delete the stored first transaction information generated for the first
transaction performed by the first user of the first device

       Encrypting the generated first transaction information; and — 1608
       The first acknowledgement information is encrypted

**Figure 29A**



A
After sending the first transaction information to the first device and in accordance with a determination that the first acknowledgement information is not received from the first device within the predetermined time period:
Maintain the stored first transaction information generated for the first transaction performed by the first user of the first device
1610
Disable usage rights for the first user at the payment accepting unit
1612
Broadcast an information packet via one of the one or more first communication capabilities, where the information packet includes one or more status flags indicating one or more unacknowledged first transactions including the first transaction performed by the first user of the first device
1614
After determining that the first acknowledgement information is not received from the first device within the predetermined time period:
Obtain, from the payment accepting unit, a second notification indicating completion of a second first transaction performed by a second user of a second device at the payment accepting unit and an amount of the first transaction; and
In response to receiving the second notification:
Generate second transaction information based at least in part on the second notification;
Store the generated second transaction information; and
Send the generated first transaction information and the generated second transaction information to the second device via one of the one or more first communication capabilities
1616
B
C

Figure 29B





In accordance with a determination that second acknowledgement information has been received from the second device within the predetermined time period:

    Delete the stored first transaction information generated for the first transaction performed by the first user of the first device and the stored second transaction information generated for the second transaction performed by the second user of the second device

1618

In accordance with a determination that the second acknowledgement information has not been received from the second device within a predetermined time period;

    Maintain the stored first transaction information generated for the first transaction performed by the first user of the first device and the stored second transaction information generated for the second transaction performed by the second user of the second device

1620

**Figure 29C**



1700
At a first device with one or more processors, memory, and two or more communication capabilities:
Obtain, from a payment module, advertised information via a first communication capability, wherein the advertised information at least includes a current firmware version of the payment module
1702
The first communication capability corresponds to a short-range communication protocol
1704
The advertised information further includes an authorization zone threshold criterion.
1706
Determine that the current firmware version of the payment module satisfies one or more predefined firmware criteria
1708
Compare the current firmware version of the payment module with a firmware version stored by the first device
1710
The one or more predefined firmware criteria are satisfied if the current firmware version of the payment module does not match the firmware version stored by the first device
1712
A
B

Figure 30A



A
Prior to the sending and in accordance with a determination that the current firmware version of the payment module does not match the firmware version stored by the first device:
1714
Send, to a server, a firmware update request so as to update the firmware of the payment module via a second communication capability
1716
The second communication capability corresponds to a long-range communication protocol
1718
In response to sending the firmware update request, receive from the server, a firmware update approval message
1720
The firmware update approval message includes a verification value for each of the one or more data packets and a hash value for the firmware update information
1722
In response to receiving the firmware update approval message, send, to the payment module, the firmware update approval message
1724
Sending the firmware update information via the first communication capability includes, in response to receiving the firmware update approval message from the server, sending, to the payment module, the firmware update information via the first communication capability
1726
Obtain update status information from the payment module, wherein the update status information indicates remaining packets for updating the current firmware version of the payment module
1728
C

**Figure 30B**



B
C
Send, to the payment module, firmware update information via the first communication capability, wherein the firmware update information includes one or more data packets for updating the current firmware version of the payment module
1730
Send the firmware update information via the first communication capability is in accordance with a determination that the authorization zone threshold criterion is satisfied
1732
Obtain additional advertised information, wherein the additional advertised information at least includes update status information
1734
The update status information includes a verification request
1736
The update status information identifies one or more remaining data packets for updating the current firmware version of the payment module to the most recent firmware version
1738
The update status information identifies one or more data packets received for updating the current firmware version of the payment module to the most recent firmware version
1740
D
E

Figure 30C



D
Send, to a server, at least the current firmware version and a verification request via a second communication capability
1742
The second communication capability corresponds to a long-range communication protocol
1744
Obtain, from the server, a firmware command via the second communication capability
1746
Send, to the payment module, the firmware command via the first communication capability
1748
E
At a second device with one or more processors, memory, and two or more communication capabilities:
Obtain, from the payment module, advertised information via the first communication capability, wherein the advertised information at least includes a current firmware version of the payment module and the update status information
1750
Determine that the current firmware version of the payment module predates a most recent firmware version
1752
Send, to the payment module, firmware update information via the first communication capability, wherein the firmware update information one or more additional data packets for updating the current firmware version based at least in part on the update status information
1754

**Figure 30D**

US 9,134,994 B2

**1**

## METHOD AND SYSTEM FOR UPDATING FIRMWARE USING A MOBILE DEVICE AS A COMMUNICATIONS BRIDGE

### PRIORITY CLAIM AND RELATED APPLICATIONS

The present application is a continuation of U.S. patent application Ser. No. 14/320,534, filed Jun. 30, 2014, which is a continuation-in-part of U.S. patent application Ser. No. 14/214,644, filed Mar. 14, 2014, which claims priority to U.S. Provisional Patent Application No. 61/917,936, filed Dec. 18, 2013 and is a continuation-in-part of U.S. Design Pat. Application No. 29/477,025, filed Dec. 18, 2013. The present application is based on and claims priority from these applications, the disclosures of which are hereby expressly incorporated herein by reference.

The present application is related to U.S. patent application Ser. No. 14/321,717, entitled "METHOD AND SYSTEM FOR TRANSMITTING MACHINE STATE INFORMATION," filed Jul. 1, 2014, and U.S. patent application Ser. No. 14/321,724, entitled "METHOD AND SYSTEM FOR TRANSMITTING INTERRUPTED TRANSACTIONS," filed Jul. 1, 2014.

### FIELD OF THE INVENTION

The present application relates to the field of payment processing systems, and in particular, to a mobile-device-to-machine payment processing system over a non-persistent network connection.

### BACKGROUND OF THE INVENTION

Vending machines (or "automatic retailing" machines), in the broadest sense, have been around for thousands of years. The first simple mechanical coin operated vending machines were introduced in the 1880s. Modern vending machines stock many different types of products including, but not limited to drinks (e.g., water, juice, coffee, and soda) and edible food products/items (e.g., snacks, candy, fruit, and frozen meals), as well as a wide variety of non-food items. In this fast paced world, vending machines are ubiquitous.

Vending machines are one type of "payment accepting unit" (payment accepting units are also referred to herein generically as "machines"). A payment accepting unit (or machine) is equipment that requires payment for the dispensing of products and/or services. In addition to vending machines, payment accepting units can also be other machines that require payment for the dispensing of a product and/or services including, but not limited to parking meters, toll booths, laundromat washers and dryers, arcade games, kiosks, photo booths, toll booths, transit ticket dispensing machines, and other known or yet to be discovered payment accepting units.

In using a payment accepting unit, a user will (1) approach the payment accepting unit, (2) determine from the face of the payment accepting unit the product (or service) he/she desires, (3) insert payment (e.g., coins, bills, or payment cards), and (4) input his/her selection into the payment accepting unit using a user interface (e.g., a series of buttons, a key pad, touch screen, or other input mechanism using, for example, the column and row at which a product is located). Based on the user's inputted selection, technology within the payment accepting unit provides the desired product (or service) to the user.

**2**

As the number of people with Internet-connected mobile devices proliferates, so does the variety of uses for such devices. Mobile payment is a logical extension. There is a large development effort around bringing mobile payment to the retail sector in an effort to not only provide options to the user, but also increased convenience.

### SUMMARY

Disclosed herein is a payment processing system or, more specifically, a mobile-device-to-machine payment processing system over a non-persistent network connection with hands-free and manual (sometimes also herein called "swipe" or "swipe-to-pay" mode) modes.

In some implementations, a method of payment processing is performed at a device (e.g., the mobile device **150**, FIGS. **5** and **21**) with one or more processors, memory, and two or more communication capabilities. The method includes obtaining, from a payment module (e.g., the adapter module **100**, FIGS. **5** and **20**), advertised information via a first communication capability (e.g., a short-range communication technology/protocol such as BLE), where the advertised information at least includes an authorization code. The method includes sending, to a server (e.g., the server **130**, FIGS. **5** and **22**), at least the authorization code from the advertised information via a second communication capability distinct from the first communication capability (e.g., a long-range communication technology/protocol such as GSM, CDMA, or Wi-Fi). In response to sending at least the authorization code, the method includes obtaining, from the server, authorization information via the second communication capability, where the authorization information at least includes an authorization grant token. After obtaining the authorization information, the method includes detecting a trigger condition to perform a first transaction with a payment accepting unit (e.g., the payment accepting unit **120** (sometimes also herein called "machine **120**") (FIGS. **5** and **19**) such as a vending machine or kiosk for dispensing goods and/or services) associated with the payment module. In response to detecting the trigger condition, the method includes sending, to the payment module, the authorization grant token via the first communication capability.

In some implementations, a method of transmitting machine status information is performed at a device (e.g., the mobile device **150**, FIGS. **5** and **21**) with one or more processors, memory, and two or more communication capabilities. The method includes obtaining, from a payment module (e.g., the adapter module **100**, FIGS. **5** and **20**), advertised information via a first communication capability (e.g., the short-range communication technology/protocol such as BLE), where the advertised information at least includes status information indicating one or more states of at least one of a payment module and a payment accepting unit associated with the payment module. The method includes sending, to a server (e.g., the server **130**, FIGS. **5** and **22**), at least the status information from the advertised information via a second communication capability distinct from the first communication capability (e.g., the long-range communication technology/protocol such as GSM, CDMA, or Wi-Fi).

In some implementations, a method of payment acknowledgment information is performed at a payment module (e.g., the adapter module **100**, FIGS. **5** and **20**) coupled with a payment accepting unit (e.g., the payment accepting unit **120** (sometimes also herein called "machine **120**") (FIGS. **5** and **19**) such as a vending machine or kiosk for dispensing goods and/or services), the payment module including one or more processors, memory, and one or more

US 9,134,994 B2

**3**

first communication capabilities. The method includes obtaining, from the payment accepting unit, a first notification indicating completion of a first transaction performed by a first user of a first mobile device (e.g., the mobile device **150**, FIGS. **5** and **21**) at the payment accepting unit and an amount of the first transaction. In response to receiving the notification, the method includes: generating first transaction information based at least in part on the first notification; storing the generated first transaction information; and sending the generated first transaction information to the first mobile device via one of the one or more first communication capabilities (e.g., the short-range communication technology/protocol such as BLE). After sending the first transaction information to the first mobile device, the method includes: deleting the stored first transaction information generated for the first transaction performed by the first user of the first mobile device in accordance with a determination that first acknowledgement information has been received from the first mobile device within a predetermined time period; and maintaining the stored first transaction information generated for the first transaction performed by the first user of the first mobile device in accordance with a determination that the first acknowledgement information has not been received from the first mobile device within the predetermined time period.

In some implementations, a method of updating firmware is performed at a first device (e.g., the mobile device **150**, FIGS. **5** and **21**) with one or more processors, memory, and two or more communication capabilities. The method includes obtaining, from a payment module (e.g., the adapter module **100**, FIGS. **5** and **20**), advertised information via a first communication capability (e.g., the short-range communication technology/protocol such as BLE), where the advertised information at least includes a current firmware version of the payment module. In accordance with a determination that the current firmware version of the payment module satisfies one or more predefined firmware criteria (i.e., indicating that the payment module's firmware needs updating), the method includes sending, to the payment module, firmware update information via the first communication capability, where the firmware update information includes one or more data packets for updating the current firmware version of the payment module.

In some implementations, a device (e.g., the adapter module **100** (FIGS. **5** and **20**), the mobile device **150** (FIGS. **5** and **21**), the server **130** (FIGS. **5** and **22**), or a combination thereof) includes one or more processors and memory storing one or more programs for execution by the one or more processors, the one or more programs include instructions for performing, or controlling performance of, the operations of any of the methods described herein. In some implementations, a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which, when executed by a device (e.g., the adapter module **100** (FIG. **20**), the mobile device **150** (FIG. **21**), the server **130** (FIG. **22**), or a combination thereof) with one or more processors, cause the computer system to perform, or control performance of, the operations of any of the methods described herein. In some implementations, a device (e.g., the adapter module **100** (FIG. **20**), the mobile device **150** (FIG. **21**), the server **130** (FIG. **22**), or a combination thereof) includes means for performing, or controlling performance of, the operations of any of the methods described herein.

The subject matter described herein is particularly pointed out and distinctly claimed in the concluding portion of this specification. Objectives, features, combinations, and advan-

**4**

tages described and implied herein will be more readily understood upon consideration of the following detailed description of the invention, taken in conjunction with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic diagram that shows three zones: a "communication zone" (e.g., Bluetooth range), an "authorization zone," and a "payment zone" in accordance with some implementations.

FIG. **2** is a schematic diagram that shows the three zones of FIG. **1** with multiple users therein in accordance with some implementations.

FIG. **3** is a table that illustrates the hands-free credit or alert user principle in accordance with some implementations.

FIG. **4** is a flow chart showing the logging received signal strength indicator (RSSI) information in accordance with some implementations.

FIG. **5** is a block schematic that shows elements of the payment processing system including, but not limited to, the adapter module, the machine, the mobile device, and servers, as well as communications therebetween in accordance with some implementations.

FIG. **6** is a block schematic that shows three areas of encryption used (each is bi-directional) between the adapter module, the machine, the mobile device, and/or servers in accordance with some implementations.

FIG. **7** is a block diagram that shows communications, messaging, vending sequence, and purchase flow between the adapter module, the mobile device, and a system management server in accordance with some implementations.

FIG. **8A** is a schematic process flow diagram that shows additional elements and features of the payment processing system (e.g., communications, messaging, vending sequence, and purchase flow) when the user enters the "communication zone" (e.g., Bluetooth range) in accordance with some implementations.

FIG. **8B** is a schematic process flow diagram that shows additional elements and features of the payment processing system (e.g., communications, messaging, vending sequence, and purchase flow) when the user enters the "authorization zone" in accordance with some implementations.

FIG. **8C** is a schematic process flow diagram that shows additional elements and features of the payment processing system (e.g., communications, messaging, vending sequence, and purchase flow) when the user enters the "payment zone" and, in particular, detailing a hands-free mode embodiment and a swipe mode embodiment in accordance with some implementations.

FIG. **8D** is a schematic process flow diagram that shows additional elements and features of the payment processing system (e.g., communications, messaging, vending sequence, and purchase flow) in a vending transaction including a loop for multiple transactions in accordance with some implementations.

FIG. **8E** is a schematic process flow diagram that shows additional elements and features of the payment processing system (e.g., communications, messaging, vending sequence, and purchase flow) in the login mode in accordance with some implementations.

FIG. **8F** is a schematic process flow diagram that shows additional elements and features of the payment processing system (e.g., communications, messaging, vending sequence, and purchase flow) during boot-up of the adapter module in accordance with some implementations.

5

FIG. **8**G is a schematic process flow diagram that shows additional elements and features of the payment processing system (e.g., communications, messaging, vending sequence, and purchase flow) during an account check/update process in accordance with some implementations.

FIGS. **9**A-**9**E are flow charts that show example steps and features of the payment processing system (e.g., communications, messaging, vending sequence, and purchase flow) in accordance with some implementations.

FIGS. **10**A-**10**D show a mobile device with a graphical representation of a mobile application shown thereon, the mobile application being used as part of the mobile-device-to-machine payment processing system in accordance with some implementations.

FIG. **11** is a perspective view of the in-line dongle adapter module in accordance with some implementations.

FIG. **12** is a front plan view of the in-line dongle adapter module of FIG. **11** in accordance with some implementations.

FIG. **13** is a back plan view of the in-line dongle adapter module of FIG. **11** in accordance with some implementations.

FIG. **14** is a side view of the in-line dongle adapter module of FIG. **11** in accordance with some implementations.

FIG. **15** is a first end view of a connector receptacle of the in-line dongle adapter module of FIG. **11** in accordance with some implementations.

FIG. **16** is a second end view of a connector receptacle of the in-line dongle adapter module of FIG. **11** in accordance with some implementations.

FIG. **17** is a perspective view taken from the first end of the in-line dongle adapter module of FIG. **11**, the connectors and cables between which the in-line dongle adapter module is inserted being shown in broken lines for illustrative purposes in accordance with some implementations.

FIG. **18** is a perspective view taken from the second end of the in-line dongle adapter module of FIG. **11**, the connectors and cables between which the in-line dongle adapter module is inserted being shown in broken lines for illustrative purposes in accordance with some implementations.

FIG. **19** is a perspective view of the in-line dongle adapter module of FIG. **11** within a vending machine in accordance with some implementations.

FIG. **20** is a block diagram of an adapter module in accordance with some implementations.

FIG. **21** is a block diagram of a mobile device in accordance with some implementations.

FIG. **22** is a block diagram of a server in accordance with some implementations.

FIG. **23** is a schematic flow diagram of a process for authenticating a user to perform a transaction in the payment processing system in accordance with some implementations.

FIG. **24**A is a block diagram of a packet of information broadcast by the payment module (sometimes also herein called the "adapter module") in accordance with some implementations.

FIG. **24**B is a block diagram of an authorization request in accordance with some implementations.

FIG. **24**C is a block diagram of an authorization grant token in accordance with some implementations.

FIG. **24**D is a block diagram of transaction information generated by the payment module in accordance with some implementations.

FIG. **25**A is a schematic flow diagram of a process for processing acknowledgment information in the payment processing system in accordance with some implementations.

6

FIG. **25**B is a schematic flow diagram of a process for processing interrupted transactions in the payment processing system in accordance with some implementations.

FIGS. **26**A-**26**C show schematic flow diagrams of processes for updating firmware of the payment module in the payment processing system in accordance with some implementations.

FIGS. **27**A-**27**C illustrate a flowchart diagram of a method of payment processing in accordance with some implementations.

FIGS. **28**A-**28**B illustrate a flowchart diagram of a method of transmitting machine status information in accordance with some implementations.

FIGS. **29**A-**29**C illustrate a flowchart diagram of a method of payment processing acknowledgment in accordance with some implementations.

FIGS. **30**A-**30**D illustrate a flowchart diagram of a method of updating firmware in accordance with some implementations.

Like reference numerals refer to corresponding parts throughout the several views of the drawings.

DETAILED DESCRIPTION OF THE INVENTION

Disclosed herein is a payment processing system or, more specifically, a mobile-device-to-machine payment processing system for processing transactions over a non-persistent network connection. The mobile-device-to-machine payment processing system disclosed herein focuses on the unattended retail space (e.g., a payment accepting unit **120**, sometimes also herein called a "machine **120**"). More specifically, the mobile-device-to-machine payment processing system disclosed herein allows a user (having a mobile device **150** with a mobile application **140** thereon) to make a cashless purchase from a payment accepting unit **120** (having an adapter module **100** associated therewith).

The mobile-device-to-machine payment processing system described herein can be implemented with one or more of the following features: easy installation feature, a non-persistent network connection feature; a manual (swipe to pay) mode feature; a hands-free mode feature; and a multiple vending transactions (multi-vend) feature.

Easy Installation: Installation is very easy, requires no tools, requires no configuration, and takes as little as 30 seconds. This is accomplished by using an adapter module **100** (sometimes also herein called "payment module **100**") such as an in-line dongle (a hardware device with software thereon) design for in-line insertion within a multi-drop bus (MDB) of a payment accepting unit **120** (e.g., a vending machine) (sometimes also herein called 'the machine **120**"). Installation is as simple as "powering down" (turning off) the machine **120**, identifying the "wire" that connects with a payment receiving mechanism (e.g., the coin mechanism), disconnecting the wire (so that there are two loose ends, such as a male connection end or adapter of an MDB and a female connection end or adapter of an MDB), plugging (inserting) the adapter module **100** in serial ("in-line") with the wire (e.g., connecting the MDB female adapter to a male adapter of the adapter module **100** and connecting the MDB male adapter to a female adapter of the adapter module **100**), tucking the wire and the installed adapter module **100** back into position, and "powering up" (turning on) the machine **120**. Most vending machines made since 1995 have this industry standard MDB technology that would allow this easy 30-second installation. On machines without MDB technology, the adapter module **100** can be configured or designed to work with other serial protocols or activate a switch. In essence the

**7**

adapter module **100** simulates establishing payment on payment accepting unit **120** in much the same manner as other alternative forms of payment (e.g., cash).

Non-persistent Network Connection: Although payment accepting units (or "machines") that accept only cash (e.g., paper currency and coins) may not require a connection (persistent or non-persistent) to a network, traditional payment accepting units that accept cashless payments (e.g., credit cards, debit cards, and alternative mobile device payment methods using, for example, smart phones) require a persistent connection to a network (wired or wireless) to facilitate the cashless payments. In other words, without a persistent (ongoing or accessible on demand) network connection, traditional payment accepting units cannot accept cashless payments. Most traditional payment accepting units that accept cashless payments include the technology to accomplish this persistent network connection that allows them to connect to a remote server. If the network connection to a traditional machine is temporarily interrupted, cashless payments will be temporarily unavailable. If the machine is located in a location where no network connection is available, cashless payments is not possible. In addition to using a mobile device **150** as an intermediary between the payment accepting units **120** and the server **130**, the mobile-device-to-machine payment processing system described herein minimizes (i.e., the manual mode) or eliminates (i.e., the hands-free mode) user interaction with the mobile device **150**. Further, in some implementations, the mobile-device-to-machine payment processing system described herein facilitates the acceptance of cashless payments without requiring any network connection near the payment accepting unit **120**. In some implementations, when the mobile-device-to-machine payment processing system described herein is located in a remote location where network connection is unavailable, the mobile-device-to-machine payment processing system, therefore, can still accept cashless payments.

Manual (Swipe-to-Pay) Mode: Using a "swipe-to-pay" feature (or just "swipe") refers to a user's action implemented on his/her mobile device **150** where he/she quickly brushes his/her finger (or other pre-determined interaction) on the mobile device's touch screen **152** (FIGS. **10**A-**10**D) or other input devices associated with the mobile device **150**. From the user's perspective, when the user is within range, a pre-installed mobile application **140** automatically connects to the payment accepting unit **120** (e.g., a vending machine). The mobile application **140** might display (on the touch screen **152**) a prepaid balance that the user "swipes" to transfer payment to the payment accepting unit **120**. The user could observe the transferred funds on the touch screen **152** of the mobile device **150** and/or on the display **122, 124** (FIG. **19**) of the payment accepting unit **120**. The transaction is completed just as if cash was inserted in the machine **120** with the user inputting his selection on the payment accepting unit **120** and the payment accepting unit **120** dispensing the product or service. After the selection is made, the change is returned to the mobile device **150** and this may be shown on the touch screen **152** of the mobile device **150**.

Hands-Free Mode: A "hands-free pay" feature (or just "hands-free") would most likely be used with "favorite" payment accepting unit **120** (e.g., a frequently used vending machine at a user's work or school). From the user's perspective, he/she would approach the favorite payment accepting unit **120** and notice that the display **122, 124** (FIG. **19**) of the payment accepting unit **120** shows funds available, he/she would select the product or service using the payment accepting unit's input mechanisms (e.g., buttons **126** or a touch screen display **124** shown in FIG. **19**), and he/she would

**8**

retrieve dispensed services or products. It would be that simple. More specifically, when the user is within range, a pre-installed mobile application **140** automatically connects to the payment accepting unit **120** (e.g., a vending machine). The user may leave the mobile device **150** in a pocket, purse, briefcase, backpack, or other carrier. As the user approaches the payment accepting unit **120** and is in approximately "arm's-length" distance (e.g., 3 to 5 feet) of the payment accepting unit **120**, the user could observe the transferred funds on the display **122, 124** (FIG. **19**) of the payment accepting unit **120**. The transaction is completed just as if cash was inserted into the payment accepting unit **120** with the user inputting his/her selection on the payment accepting unit **120** and the payment accepting unit **120** dispensing the product or service. After the selection is made, the change is returned to the mobile device **150**. FIG. **3** details when the hands-free mode would be available.

Multiple Vending Transactions (Multi-Vend): Both the manual and hands-free modes could be used multiple times in sequence (implemented, for example, as a loop) so that a user may make multiple purchases. After making his/her first selection and receiving his product (or service), the user would observe that additional funds were available on the display **122, 124** (FIG. **19**) on the payment accepting unit **120**. He/she could make another selection (or multiple selections) and receive additional product(s) (or service(s)). More specifically, the display **122, 124** (FIG. **19**) may reset as if the transaction is complete, but then, because the user is still standing in range, the mobile application **140** would send another credit to the payment accepting unit **120**, allowing for a second purchase. When the user walks away, the system clears (e.g., returns unused funds to the application **140** on the mobile device **150**).

The features described above, alone or in combination with other features described herein will revolutionize the hundred billion dollar automated retail industry. The hardware is very low cost and there are no reoccurring fees because no cellular connection is required on the machine **120**. Using the mobile-device-to-machine payment processing system described herein, operators of machines **120** can increase frequency of visits by purchasers and items sold with each visit.

The mobile-device-to-machine payment processing system described herein may be implemented as an apparatus, system, and/or method for enabling payments to a machine **120** via a mobile device **150**. The mobile-device-to-machine payment processing system may be better understood with reference to the drawings, but the shown mobile-device-to-machine payment processing system is not intended to be of a limiting nature.

Definitions

Before describing the mobile-device-to-machine payment processing system and the figures, some of the terminology should be clarified. Please note that the terms and phrases may have additional definitions and/or examples throughout the specification. Where otherwise not specifically defined, words, phrases, and acronyms are given their ordinary meaning in the art. The following paragraphs provide some of the definitions for terms and phrases used herein.

Adapter Module **100**: As shown in FIGS. **1** and **2**, the adapter module **100** (sometimes also herein called the "payment module **100**") is a physical device that is installed in a machine **120** (a payment accepting unit **120**). The shown adapter module **100** is an in-line dongle (a hardware device with software thereon) device that may be inserted in-line within a multi-drop bus (MDB) of a machine **120**. The adapter

US 9,134,994 B2

**9**

module **100** bridges the communication between the machine **120** and a mobile device **150**. Although described as a unique component, it should be noted that the adapter module **100** could be implemented as a plurality of devices or integrated into other devices (e.g., components of a machine **120**). In its unique component form, the adapter module **100** can be easily inserted into a machine **120** so that the machine **120** is able to perform new features with the assistance of the adapter module **100**. FIG. **20** shows components associated with the adapter module **100**. As shown in FIG. **20**, the communications unit **770** of the adapter module **100** includes short-range communication capability **776** (e.g., Bluetooth mechanisms). The shown example may be divided into multiple distinct components that are associated with each other or the example may be incorporated into or drawn from other technology (e.g., a computer or a payment accepting unit) as long as the components are associated with each other.

Mobile Device **150** and Application **140** (also referred to as a "mobile application," "mobile app," or "app"): In general, a mobile device **150** may be a user's personal mobile device **150**. The mobile device **150** (with a mobile application **140** thereon) acts as a communication bridge between the adapter module **100** (associated with a payment accepting unit **120**) and the server **130**. The mobile device **150** and the application **140**, however, are not "trusted" in that the communications (transmissions) it passes are encrypted. Encrypted (secured) communications are undecipherable (unencryptable, unreadable, and/or unuseable) by the mobile device **150**. This keeps the communications passed between the adapter module **100** and the server **130** secured and safe from hacking Mobile devices include, but are not limited to smart phones, tablet or laptop computers, or personal digital assistants (PDAs), smart cards, or other technology (e.g., a hardware-software combination) known or yet to be discovered that has structure and/or capabilities similar to the mobile devices described herein. The mobile device **150** preferably has an application (e.g., the application **140**) running on it. The term "app" is used broadly to include any software program(s) capable of implementing the features described herein. FIGS. **10A-10D** show user interfaces for the application **140** displayed by the mobile device **150**. It should be noted that the phrase "mobile device" can be assumed to include the relevant app unless specifically stated otherwise. Similarly, it should be noted that an "app" can be assumed to be running on an associated mobile device unless specifically stated otherwise. FIG. **21** shows components associated with the mobile device **150**. The shown example may be divided into multiple distinct components that are associated with each other or the example may be incorporated into or drawn from other technology (e.g., the cell phone itself) as long as the components are associated with each other.

Payment Accepting Unit **120** (or Machine **120**): A payment accepting unit **120** (or the machine **120**) is equipment that requires payment for the dispensing of an product and/or service. Payment accepting units **120** may be vending machines, parking meters, toll booths, laundromat washers and dryers, arcade games, kiosks, photo booths, toll booths, transit ticket dispensing machines, and other known or yet to be discovered payment accepting units **120**. Some payment accepting units **120** can accept cashless payments (payments other than cash (paper currency and coins)) by accepting payment from, for example, credit cards, debit cards, and mobile devices.

Network Connections: For purposes of this discussion, a persistent network connection is a wired or wireless communications connection that is ongoing (e.g., a dedicated connection, a dedicated online connection, and/or a hardwired

**10**

connection) or accessible on demand (e.g., the ability for the machine to make a temporary connection to a server or the ability for the user to contact a server from his mobile device). Typically the persistent network connection has been conducted over "long-range communication technology" or "long-range communication protocol" (e.g., hardwired, telephone network technology, cellular technology (e.g., GSM, CDMA, or the like), Wi-Fi technology, wide area network (WAN), local area network (LAN), or any wired or wireless communication technology over the Internet that is known or yet to be discovered). Traditionally, machines that accept payment other than cash require a persistent (ongoing or accessible on demand) connection to a network to facilitate payment. This is true for machines that accept, for example, credit cards and debit cards. The payment accepting units **120** described herein do not require a traditional persistent network connection. The user's mobile device **150** acts as a communication bridge between the adapter module **100** and the server **130**. Communications between user mobile devices **150** and the servers (e.g., a system management server **130** and/or a funding source server **160**) take place using long-range communication technology. Communications between user mobile devices **150** and the adapter module **100** of the payment accepting unit **120** take place using "short-range communication technology" or "short-range communication protocol" (e.g., Bluetooth (such as Bluetooth 4.0, Bluetooth Smart, Bluetooth Low Energy (BLE)), near-field communication (NFC), Ultra Wideband (UWB), radio frequency identification (RFID), infrared wireless, induction wireless, or any wired or wireless technology that could be used to communicate a small distance (approximately a hundred feet or closer) that is known or yet to be discovered). Therefore, neither the adapter module **100** nor the payment accepting unit **120** requires a traditional persistent long-range wireless network connection. The communications technology shown in the figures may be replaced with alternative like communications technology and, therefore, specific shown communications technologies are not meant to be limiting. For example, Wi-Fi technology could be replaced with another long-range communication technology.

Server: A server is the host processing server that may be operated by the company running the payment processing system. For each user, the server **130** preferably maintains at least one "virtual wallet" having at least one "balance" (which can be $0) of designated funds for which the server **130** keeps an accounting. The balance may represent, for example, "cash" or it may be a "promotional value" that represents funds that may be spent under certain circumstances. If these funds begin to be depleted, the user may be notified (e.g., via the application **140** on the mobile device **150**) that additional funds need to be designated and/or transferred. Alternatively, funds from other sources (e.g., the funding source server **160**) may be automatically transferred to restore a predetermined balance. The balance may also be increased based on a promotion (e.g., points earned or coupons). As shown in FIG. **22**, the server includes appropriate processors **950**, memory **960** (which would keep an accounting of the user's balance in a manner similar to a gift card), and communication systems **970**. As shown in FIG. **22**, the communications unit **970** of the server **130** includes long-range communication capability **972** (e.g., cellular technology and/or Wi-Fi mechanisms). The server **130** also includes a security unit **955** for encrypting and decrypting messages. The server **130** receives an authorization request (sometimes also herein called an "AuthRequest") from the adapter module **100** (via a mobile device **150**) and, if funds are available, returns an authorization grant (sometimes also herein called an "AuthGrant" or an "authorization grant

US 9,134,994 B2

11

token") for funds. FIG. 22 shows components associated with the server 130. The shown example may be divided into multiple distinct components that are associated with each other or the example may be incorporated into or drawn from other technology (e.g., a computer or a main frame) as long as the components are associated with each other.

Advertise Presence: Each adapter module 100 advertises its presence by broadcasting signals (advertising broadcast signals) to mobile devices in the zones 102, 104, 106. Each adapter module 100 can listen to other adapter modules' advertisements.

Received Signal Strength Indicator (RSSI): The adapter module 100 may have a self-calibrating signal strength to determine zone thresholds (e.g., a payment zone threshold and an authentication zone threshold). At the time the user selects an item (product or service) from the payment accepting unit 120, the Received Signal Strength Indicator (RSSI) is logged. At this moment, it is presumed the user is within "arm's-length" (which may be a predetermined length approximating the distance of a user standing in front of a machine for the purpose of making a purchase) from the payment accepting unit 120. A mathematical computation (i.e., In-Range Heuristics) is conducted to derive the optimal RSSI threshold at which point payment should be triggered by an application 140 on a mobile device 150. The threshold may be payment accepting unit specific and can vary over a period of time. This optimal zone threshold is preferably reported to the mobile device 150 during an initial handshake.

In-Range Heuristics: A mathematical computation that determines the RSSI threshold to determine when a user is in the authorization zone 104 and/or the payment zone 102. This computation can take into consideration numerous historical data points as well as transaction specific information such as which the mobile device 150 is being used, payment accepting unit type, among other factors. Preferably the RSSI is logged while the user is making his selection (this is the one time in the entire process that the user definitely will be "in range" (e.g., they will be arm's length from the machine 120 because they are physically interacting with the machine 120). The type of user mobile device 150, accelerometer data (e.g., is the user moving or stationary), and/or other information may also be logged while the user is making his selection. The adapter module 100 can give a reference RSSI for the payment zone 102 for the machine 120, and the application 140 can make a +/− adjustment based on the specific mobile device 150 on which it is installed. Over a period of time, the payment processing system continues to improve itself based on additional data points.

Authorization Request ("AuthRequest:): When a user enters the authorization zone 104, the mobile device 150 notifies the adapter module 100 and the adapter module 100 sends a secured authorization request (e.g., the encrypted authorization request) as a "message" (also referred to as a communication or transmissions) to the server 130 via the mobile device 150. Encryption may be performed by a security unit 755 (FIG. 20) with security technology (e.g., encryption and decryption means) that may be associated with the processing unit 750 and/or the memory 760. Significantly, the AuthRequest is a request for authorization of funds, not a request for authorization of a transaction. The purpose of the funds is irrelevant to the server 130.

Authorization Grant Token ("AuthGrant"): This is a "message" (also referred to as a communication or transmissions) encrypted by the security unit 955 (FIG. 22) with security technology (e.g., encryption and decryption means) of the server 130 with the unique private key corresponding to the adapter module 100. The secured authorization grant (e.g.,

12

the encrypted authorization grant) is passed from the server 130 to the adapter module 100 via the mobile device 150 in the form of a message. The adapter module 150, however, is not able to decrypt and/or read the message. The authorization grant is in response to the authorization request. The amount of the funds granted by the AuthGrant may be determined by factors including, but not limited to, the amount of funds available (or, if funds are not available, a mini-loan could be granted), a pre-authorized amount (e.g., set by the server, set by the user during set-up, set by the funding source, or a standard amount), limited by time (e.g., only a certain amount per hour, or a predetermined amount at specific times of the day), limited to the maximum amount of an item on the machine (or enough for two or three items in the machine), or one or more of these and other factors. Significantly, the AuthGrant makes the funds available, but does not authorize a transaction. The AuthGrant may have an associated expiration period in that it may expire if it is not used in a predetermined time period. The length of time before the Auth-Grant expires may be determined by factors including, but not limited to, the trustworthiness of the user (e.g., the user has a long history with the payment processing system or some known provider (e.g., credit card provider, bank, or credit union), the user has a good credit rating, or the user has a large wallet balance), a pre-authorized time period (e.g., set by the server, set by the user during set-up, set by the funding source, or a standard time period), limited by time (e.g., predetermined time periods at specific times of the day such as longer times during breakfast, lunch, and dinner), limited by the machine or the products or services sold in the machine, limited by the number of other users near the machine (e.g., if it is a crowded machine, the AuthGrant may expire faster), or one or more of these and other factors. The AuthGrant remains valid until it expires or some other event occurs to end its validity (e.g., the user cancels it). This means that under normal circumstances the mobile device 150 will hold the AuthGrant authorizing use of funds for a pre-determined time period that will allow the user sufficient time to make a purchase. The authorized amount may be considered to be the "wallet balance" that is held in a virtual "wallet."

Synchronization: Time may be synchronized to the adapter module 100 from the server 130. The server 130 sends time information with encrypted messages and the adapter module 100 uses the time encoded in the messages for synchronization.

The mobile-device-to-machine payment processing system and components thereof may have associated hardware, software, and/or firmware (a variation, subset, or hybrid of hardware and/or software). The term "hardware" includes at least one "processing unit," "processor," "computer," "programmable apparatus," and/or other known or yet to be discovered technology capable of executing instructions or steps (shown as the processing unit 750 in FIG. 20, the processing unit 850 in FIG. 21, and the processing unit 950 in FIG. 22). The term "software" includes at least one "program," "subprogram," "series of instructions," or other known or yet to be discovered hardware instructions or hardware-readable program code. Software may be loaded onto hardware (or firmware) to produce a "machine," such that the software executes on the hardware to create structures for implementing the functions described herein. Further, the software may be loaded onto the hardware (or firmware) so as to direct the mobile-device-to-machine payment processing system (and components thereof) to function in a particular manner described herein or to perform a series of operational steps as described herein. "Hardware" such as the adapter module 100, the mobile device 150, and the payment accepting unit

13

120 may have software (e.g., programs and apps) loaded thereon. The phrase "loaded onto the hardware" also includes being loaded into memory (shown as the memory **760** in FIG. **20**, the memory **860** in FIG. **21**, and the memory **960** in FIG. **22**) associated with or accessible by the hardware. The term "memory" is defined to include any type of hardware (or other technology)-readable media (also referred to as computer-readable storage medium) including, but not limited to, attached storage media (e.g., hard disk drives, network disk drives, servers), internal storage media (e.g., RAM, ROM, EPROM, FLASH-EPROM, or any other memory chip or cartridge), removable storage media (e.g., CDs, DVDs, flash drives, memory cards, floppy disks, flexible disks), firmware, and/or other known or yet to be discovered storage media. Depending on its purpose, the memory may be transitory and/or non-transitory. Appropriate "messages," "communications," "signals," and/or "transmissions" (that includes various types of information and/or instructions including, but not limited to, data, commands, bits, symbols, voltages, currents, electromagnetic waves, magnetic fields or particles, optical fields or particles, and/or any combination thereof) over appropriate "communication paths," "transmission paths," and other means for signal transmission including any type of connection between two elements on the payment processing system (e.g., the adapter module **100**, the mobile device **150**, the payment accepting unit **120**, hardware systems and subsystems, and memory) would be used as appropriate to facilitate controls and communications.

It should be noted that the terms "programs" and "subprograms" are defined as a series of instructions that may be implemented as software (i.e. computer program instructions or computer-readable program code) that may be loaded onto a computer to produce a "machine," such that the instructions that execute on the computer create structures for implementing the functions described herein or shown in the figures. Further, these programs and subprograms may be loaded onto a computer so that they can direct the computer to function in a particular manner, such that the instructions produce an article of manufacture including instruction structures that implement the function specified in the flow chart block or blocks. The programs and subprograms may also be loaded onto a computer to cause a series of operational steps to be performed on or by the computer to produce a computer implemented process such that the instructions that execute on the computer provide steps for implementing the functions specified in the flow chart block or blocks. The phrase "loaded onto a computer" also includes being loaded into the memory of the computer or a memory associated with or accessible by the computer. Separate, albeit interacting, programs and subprograms may be associated with the adapter modules **100**, the server **130**, and the mobile device **150** (including the mobile application **140**) and these programs and subprograms may be divided into smaller subprograms to perform specific functions.

The terms "messages," "communications," "signals," and/or "transmissions" include various types of information and/or instructions including, but not limited to, data, commands, bits, symbols, voltages, currents, electromagnetic waves, magnetic fields or particles, optical fields or particles, and/or any combination thereof. Appropriate technology may be used to implement the "communications," "signals," and/or "transmissions" including, for example, transmitters, receivers, and transceivers. "Communications," "signals," and/or "transmissions" described herein would use appropriate technology for their intended purpose. For example, hard-wired communications (e.g., wired serial communications) would use technology appropriate for hard-wired communications,

14

short-range communications (e.g., Bluetooth) would use technology appropriate for close communications, and long-range communications (e.g., GSM, CDMA, Wi-Fi, or the like) would use technology appropriate for remote communications over a distance. Appropriate security (e.g., SSL or TLS) for each type of communication is included herein. The security units **755** and **955** include technology for securing messages. The security technology may be, for example, encryption/decryption technology (e.g., software or hardware). Although encryption/decryption is discussed primarily as being performed using a unique private key, alternative strategies include, but are not limited to encryption/decryption performed using public/private keys (i.e., asymmetric cryptography), or other encryption/decryption strategies known or yet to be discovered. Appropriate input mechanisms and/or output mechanisms, even if not specifically described, are considered to be part of the technology described herein. The communications unit **770** (shown in FIG. **20**) of the adapter module **100** is shown as including appropriate input and output mechanisms **772**, **774** that may be implemented in association (e.g., directly or indirectly in functional communication) with male and female adapters **720**, **730** of the adapter module **100**. The communications unit **870** (shown in FIG. **21**) of the mobile device **150** includes mechanisms for both long-range communications (shown as the long-range communication capability **872** such as cellular and/or Wi-Fi mechanisms) for communicating with the server **130** and short-range communications (shown as the short-range communication capability **876** such as Bluetooth mechanisms) for communicating with the adapter module **100**.

When used in relation to "communications," "signals," and/or "transmissions," the terms "provide" and "providing" (and variations thereof) are meant to include standard means of provision including "transmit" and "transmitting," but can also be used for non-traditional provisions as long as the "communications," "signals," and/or "transmissions" are "received" (that can also mean obtained). The terms "transmit" and "transmitting" (and variations thereof) are meant to include standard means of transmission, but can also be used for non-traditional transmissions as long as the "communications," "signals," and/or "transmissions" are "sent." The terms "receive" and "receiving" (and variations thereof) are meant to include standard means of reception, but can also be used for non-traditional methods of obtaining as long as the "communications," "signals," and/or "transmissions" are "obtained."

The term "associated" is defined to mean integral or original, retrofitted, attached, connected (including functionally connected), positioned near, and/or accessible by. For example, if the user interface (e.g., a traditional display **122** (FIG. **19**), a touch screen display **124** (FIG. **19**), a key pad **126** (FIG. **19**), buttons **126** (FIG. **19**, shown as part of the key pad **126**), a keyboard (not shown), and/or other input or output mechanism) is associated with a payment accepting unit **120**, the user interface may be original to the payment accepting unit **120**, retrofitted into the payment accepting unit **120**, attached to the payment accepting unit **120**, and/or a nearby the payment accepting unit **120**. Similarly, adapter modules **100** may be associated with payment accepting units **120** in that the adapter modules **100** may be original to the payment accepting unit **120**, retrofitted into the payment accepting unit **120**, attached to the payment accepting unit **120**, and/or a nearby the payment accepting unit **120**.

System Overview

FIGS. **5**, **6**, and **7** together show major components of the mobile-device-to-machine payment system and the interactions there-between.

US 9,134,994 B2

15

As shown, the adapter module **100** functionally connected bi-directionally to the payment accepting unit **120** via a wired serial connection such that no security is necessary. The adapter module **100** is also functionally connected bi-directionally to the mobile device **150** (and its installed mobile application **140**) via short-range communication technology (e.g., a Bluetooth connection). Because the mobile device **150** is not a "trusted" link (e.g., it could be hacked by a user), only secured communications (transmissions) are passed between the adapter module **100** and the mobile device **150**. This keeps communications secured and safe from hacking. The mobile device **150** (and its installed mobile application **140**) is also functionally connected bi-directionally to a system management server **130** and/or a funding source server **160** via long-range communication technology (e.g., Wi-Fi or Cellular connection) that preferably has appropriate security (e.g., SSL security). Security between the mobile device **150** and the system management server **130** has the advantage of protecting communications from the mobile device **150** to the system management server **130** that may include sensitive data and may not be encrypted. The system management server **130** and the funding source server **160** may be connected via a wired Internet connection with SSL security. The system management server **130** may be connected via a wired Internet connection with SSL security to an operators' server **170**. Although not necessary to implement a purchase transaction, for other purposes (e.g., inventory), the operators' server **170** may be connected to the payment accepting unit **120** using a handheld computer sync or a cellular connection.

Also, a unique private key may be used to securely transmit encrypted messages between the adapter module **100** and the system management server **130** (although the encrypted transmissions would most likely be routed through the mobile device **150**). The server **130** stores a private key for each adapter module **100**, and this key is only known to the adapter module **100** and the server **130**. No intermediary is privy to this key (especially not the mobile device **150**). When the adapter module **100** and the server **130** communicate messages (e.g., AuthRequest and AuthGrant), the security unit **755** of the adapter module **100** encrypts the message with its private key and passes the message to the mobile device **150**. The mobile device **150** (which preferably cannot decrypt the message) passes the encrypted message to the server **130**. The server **130** is able to decrypt the message using the security unit **955** of the adapter module **100** and the unique private key. The security unit **955** of the server **130** uses this same unique private key to encrypt messages to the adapter module **100** and sends the message to the mobile device **150** to relay to the adapter module **100** that is able to decrypt the message using the security unit **755** of the adapter module **100** and the unique private key.

FIG. **7** shows specific communications and messaging with a vending sequence (the numbers to the left of the communications and messaging) between the adapter module **100**, the mobile device **150**, and the system management server **130**. These communications are discussed in more detail in the discussion pertaining to the schematic flow diagrams (FIGS. **8**A-**8**G) and the flow charts (FIGS. **9**A-**9**E).

It should be noted that FIGS. **5**, **6**, and **7** are examples, and are meant to help in the understanding of the mobile-device-to-machine payment system. For example, the shown long-range communications technology may be replaced with alternative long-range communications technology known or yet to be discovered, the shown short-range communication technology may be replaced with alternative short-range communication technology known or yet to be discovered, and the shown security may be replaced with alternative

16

security known or yet to be discovered. The shown connections are meant to be examples, and there may be intermediaries that are not shown. The shown components have been simplified in that, for example, only one mobile device **150** (or machine **120**, adapter module **100**, or server **130**) is shown where many may be included. Finally, the order of the steps may be changed and some steps may be eliminated.

### Adapter Module

FIGS. **11**-**18** show views of adapter module **100**a (referred to generally as adapter module **100**). Adapter module **100** is a relatively low cost hardware component that is pre-configured to work with the industry standard multi-drop bus (MDB). On machines without MDB technology, the adapter module **100** can be configured or designed to work with other serial protocols or activate a switch. In essence the adapter module **100** simulates establishing payment on payment accepting unit **120** in much the same manner as other alternative forms of payment (e.g., cash).

The shown adapter modules **100** are preferably designed to be used as an in-line dongle for in-line insertion within, for example, a MDB of a machine **120**. The wire used in MDB technology uses male and female connection ends or adapters to allow the attachment of peripherals. In the case of a vending machine, the wire with the connection ends or adapters would be present to allow the attachment of a payment receiving mechanism (e.g., a coin mechanism). The MDB male and female adapters **700**, **710** may be separated (as shown in FIGS. **17**-**18**). The adapter module **100**a in FIGS. **11** and **17**-**18** has a male adapter **720** and a female adapter **730**. The adapter module **100**a may be plugged (inserted) in serial ("in-line") with the wire. For example, the MDB female adapter **710** may be connected to the male adapter **720** of the adapter module **100** and the MDB male adapter **700** may be connected to the female adapter **730** of the adapter module **100**. The resulting in-line configuration is shown in FIG. **19**. It should be noted that the adapter modules **100** are designed to allow pass-through communications so that if the mobile-device-to-machine payment processing system is not enabled (e.g., for a particular purchase or simply turned off) the MDB functions as though the adapter module **100** is not there and the machine **120** can function normally.

### Hands-Free Mode

Summarily, if it is available, a hands-free mode, from the user's perspective, would allow the user to approach a favorite payment accepting unit **120** and notice that the display (e.g., the displays **122** or **124** shown in FIG. **19**) associated with the payment accepting unit **120** shows funds available (e.g., the wallet balance), he would select the product or service using input mechanisms (e.g., buttons **126** or a touch screen display **124** shown in FIG. **19**) associated with the payment accepting unit **120**, and he would retrieve his dispensed services or products.

During an initial handshake with the mobile device **150** (when the user is within range), the adapter module **100** reports to the mobile device **150** whether or not hands-free mode is available. If it is available, the installed mobile application **140** automatically connects to the payment accepting unit **120** without the user having to interact with the mobile device **150**. The user observes that funds are available on the display **122**, **124** of the payment accepting unit **120** and completes the purchase transaction as if cash was inserted in the machine **120** by inputting his selection on the payment accepting unit **120**. The payment accepting unit **120** dis-

17

penses the product or service. After the selection is made, the change is returned to the mobile device **150**.

Whether hands-free payment is available is determined by factors including, but not limited to whether if other mobile devices **150** are in range, if other adapter modules **100** are in range, if there are any alerts, if the payment trigger threshold is having wide variances and so deemed unstable, or if the payment accepting unit operator (e.g., a vending machine operator) has opted to disable hands-free mode for the payment accepting unit **120**. In the latter instance, operators can disable via a maintenance mobile device **150**, as well as through the operators' server **170** and/or the system management server **130**.

FIG. **3** is a table that shows considerations, conditions, or factors that may be used to determine whether the hands-free pay feature is available. Starting at the "Favorite?" column, this indicates whether the payment accepting unit **120** is a favorite machine. Preferably the hands-free pay feature is only available for use with "favorite" payment accepting units **120** (e.g., a vending machine at work or school). The "Alert" column has to do with whether there is some reason (e.g., there are too many users in range) that the hands-free pay feature should not work and, if there is such a reason, the user will be notified (alerted) and may be able to use the manual mode to resolve the alert and/or complete the transaction. FIG. **3** shows situations in which a user is or is not able to make hands-free purchases from a machine **120** using a mobile application **140** on his mobile device **150**. It should be noted that the shown interface is an example. For example, some of the features could be automated or pre-selected. (It should be noted that the left hand column, the "Tab" column, relates to whether the selected tab on the mobile application **140** is "all" or "favorite." FIGS. **10A-10D** all show these tabs. Unlike the other columns in FIG. **3**, this column has more to do with the functionality and view of the application **140** than specifically with the hands-free feature. The tabs would allow a user to select whether he wanted to be alerted when he was in range of all payment accepting units **120** or just "favorite" payment accepting units **120** and the application **140** would show the appropriate view.)

Balance Display: An optional feature of the mobile-device-to-machine payment system that is particularly helpful in the hands-free mode (although it may be available in the manual mode and/or in a multiple-vend scenarios) is when the user's mobile device **150** sends "credit" to the payment accepting unit **120** (either via hands-free payment or through a manual swipe), the wallet balance is sent to the payment accepting unit **120** that is then displayed to the user on a display **122, 124** of the machine **120**. This is particularly beneficial during hands-free mode when the user does not retrieve the mobile device **150** and, therefore, may not know the balance. Also, in a multiple-vend scenario the user would not have to calculate a remaining balance.

An example of a hands-free, multiple-vend scenario where a balance is displayed by the payment accepting unit **120**, follows: The user has $5.00 in his/her virtual wallet as that is the amount that has been authorized (the AuthGrant being stored on the mobile device **150**). The user walks up to the payment accepting unit **120** and $5.00 is displayed on the display **122, 124** of the payment accepting unit **120** since hands-free mode was enabled and credit was sent (e.g., via the short-range communication capability) to the payment accepting unit **120**. The user makes a selection of $1.50 by interacting (e.g., pressing buttons) with the machine **120**. The item (product or service) is dispensed and the "change" is "returned" (e.g., via the short-range communication capability) to the virtual wallet. But since the user is still standing in

18

the payment zone **102**, the remaining wallet balance of $3.50 is sent to the payment accepting unit **120** and displayed so that the user can now see that he/she has a $3.50 balance. (It should be noted that the authorized funds may remain on the machine **120** and not be transferred back to the mobile device **150** between transactions.) The user decides to purchase a $1.50 item, and the transaction is completed as usual (e.g., by interacting with the machine **120**). Now the user is still standing in the payment zone **102** and he/she sees the wallet balance of $2.00 on the display **122, 124** of the payment accepting unit **120**. The user decides that he/she does not wish to purchase anything else and simply walks away. As he/she walks out of the payment zone **102**, the credit is cleared from the machine **120**, but he/she is left with the knowledge that his wallet balance is $2.00 even though he/she never touched the mobile device **150**. Communications between the payment accepting unit **120** and the adapter module **100** (via the mobile device **150**) handle the accounting incidental to the transaction. The remaining balance ($2.00) is technically stored on the server **130**, and may be reflected on the application **140** on the mobile device **150**.

### Multiple Distinct Zones

As shown in FIGS. **1-2**, the functions performed by the adapter module **100** can be divided into distinct zones: a first "communication zone" (e.g., "Bluetooth range" **106**), a second "authorization zone" **104**, and a third "payment zone" **102**. The payment zone **102** is smaller than or equal to (overlapping completely) the authorization zone **104**. Put another way, the payment zone **102** is within or coextensive with the authorization zone **104**. The payment zone **102** is a subset of the authorization zone **104** with a ratio of the payment zone **102** to the authorization zone **104** ranging from 0.01:1 to 1:1. It is not necessarily a fixed ratio and can vary between different payment accepting units **120**, different mobile devices **150**, different users, and over time. While the zones **102, 104, 106** are depicted as having a uniform shape, the zones may not necessarily be uniform (or constant over time) in that the shape can vary. For example, the shape of the Bluetooth range **106** may vary depending on environmental conditions such as obstacles in the room and payment accepting unit **120** door/wall materials.

Bluetooth Range **106** (sometimes also herein called the "communication zone"): The outermost range is the Bluetooth range **106** (shown in FIGS. **1-2**). This is the area in which the adapter module **100** is able to broadcast its presence. In most situations, the Bluetooth range **106** is a passive range in that no actual data is exchanged between the mobile device **150** and the adapter module **100**. While in the Bluetooth range **106**, the mobile device **150** monitors the RSSI (Received Signal Strength Indicator).

Authorization Zone **104**: The middle region is the authorization zone **104** (shown in FIGS. **1-2**). This is a computed area based on the RSSI. As mentioned, the mobile device **150** monitors the RSSI while it is in the Bluetooth range **106**. When the RSSI reaches a certain predetermined threshold based on In-Range Heuristics, the mobile device **150** can be considered to be in the authorization zone **104**. In the authorization zone **104** the mobile device **150** establishes a connection to the adapter module **100** (e.g., a Bluetooth connection (FIG. **5**) with SSL protection (FIG. **6**)) and informs the adapter module **100** of its presence. After a successful handshake with the adapter module **100**, the mobile device **150** registers the adapter module **100** and the adapter module **100** requests an authorization to the server **130** via the mobile devices' network connection (e.g., a Wi-Fi or cellular con-

US 9,134,994 B2

19

nection (FIG. **5**) with SSL protection (FIG. **6**). It is important to note the mobile device **150** and the adapter module **100** have a non-exclusive relationship at this point. The adapter module **100** may collect registrations for all mobile devices **150** that are within the authorization zone **104**.

An authorization occurs in preparation for when the user enters the payment zone **102** (shown in FIGS. **1**-**2**). An authorization expires in a set period of time (for example, five minutes), so if the mobile device **150** is still in the authorization zone **104** at the time of expiration, the adapter module **100** submits for and receives another authorization. This will continue for a set number of times (for example, the limit may be three times to limit cases of numerous authorizations for a mobile device that may remain in the authorization zone **104** for an extended period of time without completing a transaction). Should authorization fail (for instance if the limit had been reached) prior to the user entering the payment zone **102**, the adapter module **100** will request authorization when the mobile device **150** enters the payment zone **102** (which adds a few seconds to the experience).

Payment Zone **102**: As a user enters the payment zone **102**, the mobile device **150** establishes exclusive control of the adapter module **100**. Once established, any other user in the payment zone **102** is put into a "waiting" status.

In the payment zone **102**, the payment can be triggered automatically if the payment processing system has and is in hands-free mode. In such instances, the mobile device **150** is running the application **140** in background mode and will send credit to the payment accepting unit **120** without any explicit user interaction. The user completes the transaction on the payment accepting unit **120** in much the same manner as if cash had been inserted into the payment accepting unit **120** to establish credit. After the user completes the transaction (that may include one or more purchases), details of the transaction are preferably returned to the mobile device **150** and server **130** in separate messages. The message to the server **130** is preferably encrypted with the adapter module's **100** private key (FIG. **6**) to ensure data integrity. As shown in FIG. **7**, the "private key" coded message (Encrypted Vend-Details) is preferably sent via the mobile device **150**. The message to the mobile device **150** may be sent solely for the purpose of closing the transaction. The transaction history and balance are updated server-side via the encrypted message sent to the server **130**.

The other mode of operation is manual mode. In manual mode, the user launches the mobile device **150** and is able to swipe to send payment to the payment accepting unit **120**. The user can also swipe back to cancel the payment. Like in hands-free mode, the purchase transaction is completed on the payment accepting unit **120** in the same manner as if cash were inserted into the payment accepting unit **120**. The mobile device **150** is only used to send payment. Selection is made directly on the payment accepting unit **120**.

Self-Calibrating Zone Threshold: A key, but optional feature, of the payment processing system is a self-calibrating payment zone RSSI threshold. Because RSSI can vary machine to machine, environment to environment, and device to device, having a fixed threshold at which payment is triggered can be problematic. The approach suggested herein is the creation of a self-calibrating threshold. When the user is interacting with the payment accepting unit **120** (such as when he makes his selection on the payment accepting unit **120**), the payment accepting unit **120** notifies the adapter module **100** and the adapter module **100** logs the conditions such as RSSI, type of user mobile device **150**, accelerometer data, and other information. It is at this point that it can be ascertained safely that the user is within arm's-length from

20

the payment accepting unit **120** (by necessity the user is arm's-length because he is making some physical interaction with the payment accepting unit **120**). This is the only point in the entire transaction in which it can be certain that the user is within arm's-length from the payment accepting unit **120**.

FIG. **4** shows a simplified set of steps involved when users enter the payment zone **102**. Specifically, FIG. **4** shows that credit is established **200** (this may have been done in the authorization zone **104**, but if not it would be handled in the payment zone **102**), that the user makes a selection using the machine **202**, that the machine notifies the adapter module of the selection **204**, that the adapter module (optionally) logs the RSSI **206**, and that the purchase process(es) continues **208**. Using the historically logged RSSI data, the adapter module **100** calculates one of several "average" RSSI using various mathematical models. This "average" could be a traditional average, a moving average, a weighted average, a median, or other similar summary function. The adapter module **100** could pre-process the historical data before running the function, such as to eliminate top and bottom data points, suspect data points, etc.

Optionally, during the handshake between the mobile device **150** and the adapter module **100**, the information transmitted to the adapter module **100** may include, for example, the model of the mobile device **150**. Using the received information pertaining to the mobile device models, the adapter module **100** can create multiple payment thresholds, one for each mobile device model. This allows for variances that may be inherent in different types of Bluetooth radios. An alternative to this method is for the adapter module **100** to broadcast a baseline payment zone threshold, and the mobile device **150** can use an offset from this baseline based on its specific model type. The payment zone thresholds (or baseline offsets) can be unique to specific types of mobile devices (e.g., by manufacturer, operating system, or component parts), models of mobile devices, or individual mobile devices (unique to each user).

In a typical scenario in which the payment zone threshold has been calibrated, the adapter module **100** advertises its presence along with the threshold at which it considers any mobile device **150** to be in the authorization zone **104**. This is a one-way communication from adapter module **100** to mobile device **150**. Once the mobile device **150** enters the authorization zone **104**, there is a handshake that is established between the adapter module **100** and the mobile device **150**. During this handshake, the mobile device **150** can share its model information with the adapter module **100**, and the adapter module **100** can return the payment zone **102** threshold for that specific model.

Optionally, in addition to calibrating the payment zone threshold, the adapter module **100** can apply the self-calibrating model to the authorization zone **104** to calibrate the authorization zone threshold. As with the payment zone thresholds, the authorization zone thresholds can be unique to specific types of mobile devices, models of mobile devices, or individual mobile devices. In this scenario, the adapter module **100** would broadcast multiple thresholds by device type and the mobile device **150** would determine which threshold to apply (or alternatively broadcast a baseline and the mobile device **150** uses an offset based on its device model). Even in this scenario, the authorization zone **104** is a one-way communication.

Optionally, along with the threshold that is calculated (in the payment and/or the authorization zone(s)), a safety margin can be added to minimize scenarios in which a user is within range, but the mobile-device-to-machine payment processing system does not recognize it because the threshold

US 9,134,994 B2

21

may not have been reached. For example, if the calculated RSSI for an iPhone™ 5 on machine 4567 is −68 db, the mobile-device-to-machine payment processing system may add a safety margin of −5 db, and establish the threshold at −73 db. So when a user's phone is communicating with the adapter module 100 at an RSSI of −73 db or better, the mobile-device-to-machine payment processing system will allow the mobile device 150 to credit the payment accepting unit 120. The safety margin can be set on the server 130 and downloaded to the adapter module 100, or set on the mobile device 150, or set on the adapter module 100 itself.

Optionally, in the payment zone threshold, the mobile device 150 can use other data to determine when to cancel the exclusive control of the payment accepting unit 120, to identify when the user is moving out of the payment zone 102. External data could include accelerometer data from the mobile device 150. Using that data, the mobile device 150 can determine whether the user is standing relatively still in front of the payment accepting unit 120, or if the user is in motion—effectively walking away from the payment accepting unit 120.

Signal Unavailability Adaptation

The mobile-device-to-machine payment processing system described herein uses a mobile device's 150 short-range communication technology (e.g., Bluetooth mechanisms) (shown as short-range communication capability 876 in FIG. 21) and a mobile device's 150 long-range communications technology (e.g., cellular and/or Wi-Fi mechanisms) (shown as long-range communication capability 872 in FIG. 21). The short-range communication capability 876 communicates with the adapter module's 100 short-range communication technology (e.g., Bluetooth mechanisms) (shown as short-range communication capability 776 in FIG. 20). The long-range communication capability 872 communicates with the server's 130 long-range communications technology (e.g., cellular and/or Wi-Fi mechanisms) (shown as long-range communication capability 972 in FIG. 22). The mobile device 150 (with a mobile application 140 thereon) acts as a communication bridge between the adapter module 100 (associated with a payment accepting unit 120) and the server 130. This process is described herein and works properly if there is cellular or Wi-Fi coverage within the payment zone 102.

One option if there is no cellular or Wi-Fi coverage within the payment zone 102 is to determine whether there is cellular or Wi-Fi coverage within the authorization zone 104 or the Bluetooth range 106. If there is, then the sizes of the zones 102, 104, 106 could be adapted and the timing could be adapted. For example, if the mobile devices 150 detected problems with the cellular or Wi-Fi coverage within the payment zone 102, the user could carry his mobile device 150 into the other zones (or the mobile device 150 could use short-range communication technology to communicate with other mobile devices 150 within the authorization zone 104 or the Bluetooth range 106) to determine whether the zones have cellular or Wi-Fi coverage. If they do have coverage, communication between the mobile device 150 and the server 130 can be advanced (conducted earlier when the mobile device 150 is further from the machine 120) or delayed (conducted later when the mobile device 150 is further from the machine 120). This can be thought of as changing the size or shapes of the zones 102, 104, 106. The timing would also have to be adjusted so that the authorization of funds (AuthGrant) does not expire before the user has a chance to make a purchase. It also means that balance updates to the server 130 may happen

22

after the user has moved away from the machine 120 and has cellular or Wi-Fi coverage again.

Another option if there is no cellular or Wi-Fi coverage within any of the zones 102, 104, 106 is for the user to obtain authorization while outside of the zones in a place with cellular or Wi-Fi coverage. This may occur, for example, if a user knows that he will be going to a place with a payment accepting unit 120 equipped with an adapter module 100 (perhaps to a favorite payment accepting unit 120) that does not have (or rarely has) cellular or Wi-Fi coverage. A user may also use the mobile application 140 to query payment accepting units 120 in a given range (e.g., within 50 miles) or at a given location (e.g., at a campground or in a particular remote city) to determine whether there is cellular or Wi-Fi coverage within the zones 102, 104, 106. The user can then obtain pre-authorization from the server 130 using the mobile application 140. Again, the timing would also have to be adjusted so that the authorization of funds (AuthGrant) does not expire before the user has a chance to make a purchase. It also means that balance updates to the server 130 may happen after the user has moved away from the machine 120 and has cellular or Wi-Fi coverage again. A mobile-device-to-machine payment system having the ability to implement this option would be able to accept cashless payments without requiring any network connection near the payment accepting unit 120. In some implementations, the mobile-device-to-machine payment processing systems described herein is located in a remote location where no signal is available, therefore, can accept cashless payments.

As an example of a situation in which there might be no cellular or Wi-Fi coverage within any of the zones 102, 104, 106 of a particular payment accepting unit 120, the user (a teenager) may be traveling to a remote location to attend summer camp where there is no cellular or Wi-Fi coverage. The camp may have several payment accepting units 120 (e.g., a machine that creates a dedicated "hot spot" that requires payment for use, vending machines, or machines for renting equipment such as bikes, kayaks, or basketballs). The camp facility might notify parents that the mobile-device-to-machine payment system is available. The parents, while at home, could obtain authorization for a particular amount (that could be doled out a certain amount per day or limited to type of machine or location) to be authorized and "loaded" into the user's mobile device 150 and specify that the authorization will not expire for a certain period or until a certain date. Thereafter, while at camp, the user could use the mobile application 140 on his mobile device 150 in a manner similar to those discussed elsewhere herein. Short-range communications may be used for communications between the adapter modules 100 (associated with the machines 120) and users' mobile devices 150.

One subtle but powerful component of the payment processing system described herein is that it requires a long-range communication capability (e.g., an Internet or cellular network connection) only in the authorization zone 104 and only for the time period required to send the AuthRequest and receive the AuthGrant. Once a valid AuthGrant is received by the mobile device 150, the long-range communication capability (e.g., an Internet or cellular network connection) is not required by either the mobile device 150 or the adapter module 100 in the payment zone 102 as long as the AuthGrant is valid (unexpired). This mechanism allows the system to seamlessly handle authenticated transactions in (temporary) offline mode, with the deferred acknowledgement and transaction messages performing the bookkeeping and cleanup when network connection is regained. The alternatives described above provide a unique way to artificially extend

US 9,134,994 B2

**23**

the authorization zone to include any location where the mobile device **150** can communicate with the server **130**.

### Multiple User Resolution

As shown in FIG. **2**, in one practical scenario, multiple users are in the zones **102**, **104**, **106**. As shown in FIG. **2**, users 1, 2, and 3 are in the payment zone **102** near the machine **120**; users 5 and 6 are shown as positioned between the authorization zone **104** and the Bluetooth range **106**; users 4 and 7 are in the Bluetooth range **106**, user 10 is positioned on the edge of the Bluetooth range **106**; and users 8 and 9 are positioned outside of Bluetooth range **106**. In some implementations, the mobile-device-to-machine payment processing system manages and resolves issues pertaining to multiple users.

Users 4 and 7 are within the Bluetooth range **106** and the user 10 is either entering or leaving the Bluetooth range **106**. Within the Bluetooth range **106** the users' mobile devices **150** are able to see the adapter module's **100** advertisement. In this zone, the mobile device **150** preferably does not initiate a connection. The adapter module **100** is preferably unaware of the users in the Bluetooth range **106**. All the adapter module **100** is doing is advertising its presence to any multitude of users that may be in Bluetooth range **106**.

The adapter module **100** begins to log users as the users (and their respective mobile devices **150**) enter the authorization zone **104** (shown in FIG. **2** as users 5 and 6). At this point, there is a non-exclusive connection initiated by the mobile device **150** to the adapter module **100**. It does a handshake (e.g., to exchange information needed to obtain authorization and, optionally, to log information needed for a self-calibrating authorization zone threshold) and the mobile device **150** contacts the server **130** for an authorization grant, sending an AuthRequest and receiving an AuthGrant). The adapter module **100** registers all mobile devices **150** that have requested and received AuthGrants. The adapter module **100** continues communicating with any other mobile device **150** that enters the authorization zone **104**. After initial contact, the adapter module **100** may provide the mobile device **150** with a deferral delay of when to check back in with the adapter module **100** allowing opportunity for other mobile devices **150** to communicate with the adapter module **100**.

If there is only one user in the payment zone **102**, a purchase transaction may be performed. If there are multiple users in the payment zone **102**, the mobile-device-to-machine payment system must resolve the situation.

One optional solution for handling the situation of the multiple users in the payment zone **102** is queuing users in the payment zone **102**. Once any mobile device **150** enters the payment zone **102**, it establishes exclusivity to a particular mobile device **150** (e.g., in a first-come-first-serve manner). Technically, however, the adapter module **100** is not establishing an exclusive connection to the mobile device **150**. The adapter module **100** can still perform a round-robin poll and communicate with and advertise to other mobile devices **150**. Instead, the adapter module **100** establishes a queue prioritized by RSSI and time (e.g., who was first and whether the authorization has expired) and it notifies (e.g., alerts) other mobile devices **150** to wait. The earliest valid (unexpired) authorization takes precedence when there is any tie in the RSSI. Otherwise, for example, the strongest average RSSI takes priority. Preferably the queue is not a static measure of the RSSI but an averaged measure over the period of time in the queue. This compensates for a scenario in which a user may be walking around in the queue and then shows up at the payment accepting unit **120** just as the previous user is fin-

**24**

ishing. If another user was also in the payment zone **102** and stood there the entire time, but may have newer authorization, he could win out.

Anytime that the adapter module **100** cannot determine exactly which user is in the payment zone **102** in front of the payment accepting unit **120**, the adapter module **100** will disable hands-free payment. The mobile device **150** will send an alert to the user and he can swipe to pay (manual mode). All users in payment zone **102** will show "Connected" and the first to swipe payment to the payment accepting unit **120** then locks out other users.

### Multiple Module Resolution

In the scenario where there are multiple modules present, determining which payment accepting unit **120** a user is in front of can be a challenge. In some implementations, the mobile-device-to-machine payment processing system described herein allows adapter modules **100** to communicate to other adapter modules **100** in range via Bluetooth. Each user receives authorization grants for specific payment accepting units **120**. This means if there are multiple adapter modules **100** within the same authorization zone **104**, there will be multiple authorization grants for the user. When the user enters the payment zone **102**, it can be difficult to differentiate which payment accepting unit **120** the user is in front of if the payment zones **102** overlap.

To solve this problem, when the user enters the payment zone **102**, the adapter modules **100** communicate with each other to determine the RSSI for the particular user (based on the signal from his mobile device **150**) to triangulate which adapter module **100** (and the associated payment accepting unit **120**) is closer to the user. Optionally, the inter-module communications can restrict the user to establishing an exclusive connection with only one payment accepting unit **120**.

Optionally, when the user connects to a payment accepting unit **120**, the mobile device **150** can send a communication to the payment accepting unit **120** for momentary display to the user on the display **122**, **124** of the payment accepting unit **120**. For example, the mobile device **150** can send a communication (e.g., "connected" or "Fred's Mobile Device Connected") to the payment accepting unit's display **122**, **124** for a predetermined period of time (e.g., 1-3 seconds) so when the user is in payment zone **102**, it is clear which payment accepting unit **120** the user is connected to prior to making a purchase (either in hands-free or manual mode).

In addition, when the user is in manual mode, the mobile device **150** can display (e.g., on the touch screen **152** as shown in FIGS. **10A-10D**) a visual indication of the payment accepting unit **120** (e.g., a picture and/or a payment accepting unit ID of the payment accepting unit **120**) for visual confirmation. If the user is in manual mode, the user can manually change the payment accepting unit **120**.

### Descriptive Scenario

FIG. **7**, FIGS. **8A-8G**, and **9A-9E** (as well as other figures) can be used to understand a detailed scenario of the mobile-device-to-machine payment processing system described herein. A flow of communications and steps is loosely described below with reference to these (and other figures). It should be noted that alternative scenarios could include, for example, a modified order of the steps performed.

Prior to vending transactions, a user downloads a mobile application **140** onto his mobile device **150**, creates an account, and configures a funding source via, for example, a funding source server **160**. A funding source may be, for

25
26

example, a debit card, a credit card, campus cards, rewards points, bank accounts, payment services (e.g., PayPal™) or other payment option or combination of payment options known or yet to be discovered. The funding sources may be traditional and/or nontraditional payment sources that are integrated into the ecosystem described herein and then used indirectly as a source of funds. Funds from the funding source are preferably held on the server 130 such that when an AuthRequest is received by the server 130, the server 130 can send an AuthGrant authorizing funds for a purchase.

The user can specify one or more "favorite" adapter module(s) 100 (that has a one-to-one relationship to the payment accepting unit 120) that he may visit regularly, such as a vending machine at school or work. Favorite adapter modules 100 appear on a pre-filtered list and allow for additional rich features such as hands-free payment.

The payment accepting unit 120 may be equipped with an adapter module 100 that is constantly advertising its availability via Bluetooth (or other "signals," "communications," and/or "transmissions"). This ongoing advertising and scanning for adapter modules is shown in FIG. 8A. As shown, the mobile device 150 is continuously scanning for any adapter module 100 within Bluetooth (or other "signal," "communication," and/or "transmission") range. When the user is within range of that adapter module 100, the mobile device 150 tracks and monitors the signal strength until a predetermined "authorization zone" threshold is achieved.

FIGS. 8B and 9A generally show that when the authorization zone threshold is reached, the mobile device 150 enters the authorization zone (block 302) and registers the adapter module 100. The mobile device 150 connects to the server 130 (block 304). The application 140 on the mobile device 150 creates a request for authorization (AuthRequest) and passes the AuthRequest to the server 130 using appropriate communication technology (e.g., GSM, CDMA, Wi-Fi, or the like) (block 306). The server 130 responds with an authorization grant (AuthGrant) encrypted with the specific adapter module's private key (block 306). This authorization token may minimally include the User identifier (ID), Apparatus ID (for the adapter module 100), authorization amount, and expiration time. The mobile device 150 receives the AuthGrant from the server 130, and retains it until the mobile device 150 is ready to issue payment to an adapter module 100. The mobile device 150 collects all pending AuthGrants that may be one or more depending on how many adapter modules 100 are in-range. Unused AuthGrants that expire are purged from the mobile device 150 and the server 130. It is important to note that the mobile device 150 is unable to read the AuthGrant because it is encrypted with the adapter module's unique private key that is only known to server 130 and to adapter module 100. This provides a preferred key element of security in the system as the adapter module 100 only trusts AuthGrants that are issued by the server 130, and the AuthGrants cannot be read or modified by the mobile device 150 or any other party in between the server and the adapter module 100. Additional mobile devices 150 may enter the authorization zone 104 (block 308).

As the user approaches a specific adapter module 100, the user enters the payment zone 102 and an event threshold is triggered based on heuristics performed by the mobile device 150. Blocks 310 and 312 show the loop steps of waiting for a mobile device 150 from the authorization zone 104 to enter the payment zone 102. If the user leaves the authorization zone 104 without entering the payment zone 102, the adapter module 100 returns to advertising its presence (block 300).

FIGS. 8C and 9B generally show the user entering the payment zone. The mobile device 150 verifies that it has an unexpired and valid AuthGrant. If the AuthGrant is not good, it may be requested again, repeating the Authorization Request process (block 315). If the AuthGrant is good, the mobile device 150 sends the valid AuthGrant (including the wallet balance (block 322)) to the adapter module 100 to initiate a transaction. The mobile device 150 may issue the AuthGrant automatically without specific user interaction if the hands-free mode is supported (and the device is a favorite (block 318), there is only one device in the payment zone 102 (block 318), and (optionally) there is only one user in the authorization zone 104 (block 320). If any of these factors are not present, the mobile device 150 will prompt and/or wait for the user to begin the transaction manually (block 324).

FIGS. 8D, 9C, and 9D generally show the transaction process. As shown in FIG. 9C, the adapter module 100 runs through a series of questions to determine if there are any issues that would prevent vending including: has the user canceled in-app? (block 326), has the user walked away? (block 328), is the coin return pressed? (block 330), has more than a predetermined period of time elapsed? (block 332). If the answer to any of these questions is "yes," the transaction does not proceed. If the answers to all of these questions is "no," the user makes a selection (block 334) on the payment accepting unit 120 in the same or similar manner as compared to if cash or credit were presented to the payment accepting unit 120. If the machine 120 is able to vend (block 336), it attempts to release the product. If the vend fails (block 338) it is reported by the machine (block 340) and a credit is returned to the virtual wallet (block 342). If the vend is successful (block 338) it is reported by the machine (block 344). Put another way, after the transaction is complete, the adapter module 100 returns to the mobile device 150 the details of the transaction as well as an encrypted packet containing the vend details to be sent to the server 130 via the mobile device 150. Optionally, the adapter module 100 can pass additional information not directly related to the transaction such as payment accepting unit health, sales data, error codes, etc.

FIGS. 8D and 9E generally show the multi-vend function. If the machine has enabled multi-vend capabilities (block 350) and the multi-vend limit has not been reached, the process returns to the question of whether the user is in the payment zone (block 310 of FIG. 9A). If the machine does not have enabled multi-vend capabilities (block 350) or the multi-vend limit has been reached, the wallet is decremented by the vend amount(s) and "change" is returned to the virtual wallet (block 354) and the process ends (block 356).

FIG. 8E is a schematic flow diagram of an example login process. FIG. 8F is a schematic flow diagram of an example boot-up process. FIG. 8G is a schematic flow diagram of an example account check/update process.

Several of the figures are flow charts (e.g., FIGS. 9A-9E) illustrating methods and systems. It will be understood that each block of these flow charts, components of all or some of the blocks of these flow charts, and/or combinations of blocks in these flow charts, may be implemented by software (e.g., coding, software, computer program instructions, software programs, subprograms, or other series of computer-executable or processor-executable instructions), by hardware (e.g., processors, memory), by firmware, and/or a combination of these forms. As an example, in the case of software, computer program instructions (computer-readable program code) may be loaded onto a computer to produce a machine, such that the instructions that execute on the computer create structures for implementing the functions specified in the flow chart block or blocks. These computer program instructions may also be stored in a memory that can direct a computer to function in a particular manner, such that the instructions stored in the

US 9,134,994 B2

27

memory produce an article of manufacture including instruction structures that implement the function specified in the flow chart block or blocks. The computer program instructions may also be loaded onto a computer to cause a series of operational steps to be performed on or by the computer to produce a computer implemented process such that the instructions that execute on the computer provide steps for implementing the functions specified in the flow chart block or blocks. Accordingly, the flow charts support combinations of steps, structures, and/or modules for performing the specified functions. It will also be understood that each block of the flow charts, and combinations of blocks in the flow charts, may be divided and/or joined with other blocks of the flow charts without affecting the scope of the invention. This may result, for example, in computer-readable program code being stored in whole on a single memory, or various components of computer-readable program code being stored on more than one memory.

Additional Implementations

FIG. 23 illustrates a schematic flow diagram of a process 1000 of authenticating a user to perform a transaction in the payment processing system in accordance with some implementations. In some implementations, the payment processing system includes one or more payment modules 100 (e.g., each associated with a respective payment accepting unit 120 such an automatic retailing machine for dispensing goods and/or services), one or more mobile devices 150 (e.g., each executing the application 140 for the payment processing system either as a foreground or background process), and the server 130. The server 130 manages the payment processing system and, in some cases, is associated with an entity that supplies, operates, and/or manufactures the one or more payment modules 100. For brevity, the process 1000 will be described with respect to a respective payment module 100 and a respective mobile device 150 in the payment processing system.

The payment module 100 broadcasts (1002), via a short-range communication capability (e.g., BLE), a packet of information (sometimes also herein called "advertised information"). The packet of information at least includes an authorization code and an identifier associated with the payment module 100 (module ID). In some implementations, the packet of information further includes a firmware version of the payment module 100 and one or more status flags corresponding to one or more states of the payment module 100 and/or the payment accepting unit 120. The information included in the packet broadcast by the payment module 100 is further discussed below with reference to FIG. 24A.

In some implementations, the payment module 100 sends out a unique authorization code every X seconds (e.g., 100 ms, 200 ms, 500 ms, etc.). In some implementations, the unique authorization codes are randomly or pseudo-randomly generated numbers. In some implementations, the payment module 100 stores broadcasted authorization codes until a received authorization grant token matches one of the stored authorization codes. In some implementations, the payment module 100 stores broadcasted authorization codes for a predetermined amount of time (e.g., Y minutes) after which time an authorization code expires and is deleted. In some implementations, the authorization code is encrypted with a shared secret key known by the server 130 but unique to the payment module 100. In some implementations, the payment module 100 initializes a random number and then the authorization codes are sequential counts from this random number. In such implementations, the payment module

28

100 stores the earliest valid (unexpired) counter without a need to store every valid authorization code. In some implementations, the authentication code included in the broadcast packet of information is a hash value of the randomly or pseudo-randomly generated number or the sequential number.

The mobile device 150 receives the broadcasted packet of information, and the mobile device 150 sends (1004), via a long-range communication capability (e.g., GSM, CDMA, Wi-Fi, or the like), an authorization request to the server 130. For example, an application 140 that is associated with the payment processing system is executing as a foreground or background process on the mobile device 150. In this example, the application 140 receives the broadcasted packet of information when the mobile device 150 is within the communication zone of the payment module 100 (i.e., BLE range) and either automatically sends the authorization request to the server 130 or sends the authorization request to the server 130 when the mobile device 150 is within the authorization zone of the payment module 100. In some implementations, the broadcasted packet of information includes a baseline authorization zone threshold (i.e., an authorization zone criterion) indicating a baseline RSSI that the mobile device 150 (or the application 140) is required to observe before being within the authorization zone of the payment module 100. In some implementations, the mobile device 150 (or the application 140) offsets the baseline authorization zone threshold based on the strength and/or reception of the short-range communication capability (e.g., BLE radio/transceiver) of the mobile device 150. In some implementations, the authorization request at least includes the authorization code which was included in the broadcasted packet of information, an identifier associated with the user of the mobile device 150 or the user account under which the user of the mobile device 150 is logged into the application 140 (user ID), and the identifier associated with the payment module 100 (module ID). In some implementations, the authentication code included in authorization request is the hash value in cleartext. The authorization request is further discussed below with reference to FIG. 24B.

After receiving the authorization request, the server 130 processes (1006) the authorization request. In some implementations, the server 130 decrypts the authorization code included in the authorization request with the shared secret key corresponding to the payment module 100. In some implementations, the server 130 determines whether the user associated with the user ID in the authorization request has sufficient funds in his/her account for the payment processing system to perform a transaction at the machine 120 that is associated with the payment module 100 corresponding to the module ID in the authorization request.

The server 130 sends (1008), via a long-range communication capability (e.g., GSM, CDMA, Wi-Fi, or the like), an authorization grant token to the mobile device 150. In some implementations, the server 130 does not send the authorization grant token if the authorization code in the authorization request cannot be decrypted with the shared secret key corresponding to the payment module 100 (e.g., the authorization code is corrupted or hacked). In some implementations, the server 130 does not send the authorization grant token if the user associated with the user ID in the authorization request does not have sufficient funds in his/her account. In some implementations, in addition to the authorization grant token, the server 130 sends a message directly to the mobile device 150 which is not encrypted with the shared secret key corresponding to the payment module 100. After receiving the message, the mobile device 150 displays an appropriate

US 9,134,994 B2

29                                                                      30

message to the user such as insufficient balance or declined authorization. In some implementations, the server **130** sends an authorization grant token for an amount equal to zero; in which case, the payment module **100** interprets this as a declined or failed authorization which can result for any number of reasons including, but not limited to, insufficient balance or credit.

The mobile device **150** receives the authorization grant token, and, subsequently, the mobile device **150** detects (**1010**) a trigger condition. In some implementations, the mobile device **150** (or the application **140**) detects the trigger condition via the hand-free mode (e.g., upon entrance into the payment zone of the payment module **100**) or manual mode (e.g., interacting with the user interface of the application **140** to initiate a transaction with the payment accepting unit associated with the payment module **100**).

In some implementations, unused authorization grants (e.g., if there was no trigger condition or it expired) are canceled by the mobile device **150** by sending a cancellation message to the server **130** corresponding to the unused authorization grant. In some implementations, the server **130** denies or limits the number of authorization grants sent to the mobile device **150** until it has received transaction information or cancellation of authorization outstanding authorization grants sent to the mobile device **150**.

In response to detecting the trigger condition, the mobile device **150** sends (**1012**), via a short-range communication capability (e.g., BLE), the authorization grant token to the payment module **100**. Subsequently, the machine **120** displays credit to the user (e.g., via one of the displays **122** or **124** shown in FIG. **19**) and the user interacts with the input mechanisms of the machine **120** (e.g., via the buttons **126** or a touch screen display **124** shown in FIG. **19**) to purchase products and/or services.

FIG. **24**A illustrates a block diagram of a packet **1100** of information broadcast by the payment module **100** (e.g., in step **1002** of the process **1000** in FIG. **23**) in accordance with some implementations. In some implementations, the packet **1100** at least includes: module ID **1102** and authorization code **1104**. In some implementations, the packet **110** additional includes: a firmware version **1106** and one or more status flags **1108**.

In some implementations, the module ID **1102** is a unique identifier corresponding to the payment module **100** (sometimes also herein called the "adapter module **100**") that broadcast the packet **1100**.

In some implementations, the authorization code **1104** is a hash value in cleartext. In some implementations, the payment module **100** randomly or pseudo-randomly generates a number or determines a sequential number (See step **1002** of process **1000** in FIG. **23**) and performs a predetermined hash function (e.g., SHA-256) on the number to produce the hash value as the authorization code **1104**. In some implementations, the authorization code **1104** is a unique code that is encrypted with a secret encryption key corresponding to the payment module **100**. The secret encryption key is shared with the server **130**, which enables the server **130** to decrypt the authorization code **1104** and encrypt the authorization grant token but not the mobile device **150**. In some implementations, the encryption between server **130** and payment module **100** is accomplished by two pairs of public/private keys.

In some implementations, the firmware version information **1106** identifies a current firmware version **1112** of the payment module **100**. In some implementations, the firmware version information **1106** also includes update status information **1114** indicating one or more packets received by the

payment module **100** to update the firmware or one or more packets needed by the payment module **100** to update the firmware. See FIGS. **26**A-**26**B and **30**A-**30**D and the accompanying text for further discussion regarding updating the firmware of the payment module **100**.

In some implementations, the one or more status flags **1108** indicate a state of the payment module **100** and/or the payment accepting unit **120** associated with the payment module **100**. In some implementations, the one or more status flags **1108** indicate a state of the payment module **100** such upload information indicator **1116** indicating that that the payment module **100** has information to be uploaded to the server **130** (e.g., transaction information for one or more interrupted transactions). In some implementations, upload information indicator **1116** triggers the mobile device **150** to connect to payment module **100** immediately (e.g., if it has interrupted transaction information to be uploaded to the server **130**). See FIGS. **25**A-**25**B and **29**A-**29**C and the accompanying text for further discussion regarding interrupted transactions. In some implementations, the one or more status flags **1108** indicate a state of the payment accepting unit **120** including one or more of an error indicator **1118** (e.g., indicating that a bill and/or coin acceptor of the payment accepting unit **120** is experiencing a jam, error code, or malfunction), a currency level indicator **1120** (e.g., indicating that the level of the bill and/or coin acceptor reservoir of the payment accepting unit **120** is full or empty), and/or inventory level(s) indicator **1122** (e.g., indicating that one or more products of the payment accepting unit **120**. In some implementations, the one or more status flags **1108** are error codes issued by payment accepting unit **120** over the MDB.

In some implementations, the zone criteria information **1110** specifies an authorization zone criterion **1124** (e.g., a baseline authorization zone threshold indicating a baseline RSSI that the mobile device **150** (or the application **140**) is required to observe before being within the authorization zone of the payment module **100**) and/or a payment zone criterion **1126** (e.g., a baseline payment zone threshold indicating a baseline RSSI that the mobile device **150** (or the application **140**) is required to observe before being within the payment zone of the payment module **100**). In some implementations, the baseline authorization zone threshold and the baseline payment zone threshold are default values determined by the server **130** or stored as variables by the application **140**, in which case the authorization zone criterion **1124** and payment zone criterion **1126** are offsets to compensate for the strength and/or reception of the short-range communication capability (e.g., BLE radio/transceiver) of the payment module **100**. Alternatively, zone criteria information **1110** includes a spread between the baseline authorization zone threshold and the baseline payment zone threshold. Thus, the mobile device **150** (or the application **140**) determines the baseline authorization zone threshold and the baseline payment zone threshold based on the spread value and a default value for either the baseline authorization zone threshold or the baseline payment zone threshold. For example, the spread indicates −10 db and the default baseline payment zone threshold is −90 db; thus, the baseline authorization zone threshold is −80 db. Continuing with this example, after determining the baseline authorization zone threshold and the baseline payment zone threshold, the mobile device **150** (or the application **140**) may further adjust the authorization zone threshold and/or the payment zone threshold based on the strength and/or reception of its short-range communication capability (i.e., BLE radio/transceiver).

31

FIG. **24**B is a block diagram of an authorization request **1130** sent by the mobile device **150** to the server **130** (e.g., in step **1004** of the process **1000** in FIG. **23**) in accordance with some implementations. In some implementations, the authorization request **1130** at least includes: a module ID **1102**, a user ID **1134**, and an authorization code **1104**.

In some implementations, the module ID **1102** is a unique identifier corresponding to the payment module **100** that broadcast the **1100** that included the authorization code **1104**.

In some implementations, the user ID **1134** is an identifier associated with the user of the mobile device **150** sending the authorization request **1130** to the server **130**. In some implementations, the user ID **1134** is associated with the user account under which the user of the mobile device **150** is logged into the application **140**.

In some implementations, the authorization code **1104** includes the authorization code **1104** included in the packet **1100** of information that was broadcast by the payment module **100**.

FIG. **24**C is a block diagram of an authorization grant token **1140** sent by the server **130** to the mobile device **150** (e.g., in step **1008** of the process **1000** in FIG. **23**) in accordance with some implementations. In some implementations, in accordance with a determination that the authorization code **1136** included in the authorization request **1130** from the mobile device **150** is valid and that the user associated with the mobile device **150** has sufficient funds in his/her account for the payment processing system, the server **130** generates the authorization grant token **1140**. In some implementations, the authorization grant token **1140** at least includes: a module ID **1102**, a user ID **1134**, an authorized amount **1146**, (optionally) an expiration period offset **1148**, and (optionally) the authorization code **1104**.

In some implementations, the module ID **1102** is a unique identifier corresponding to the payment module **100** that broadcast the packet **1100** that included the authorization code **1104**.

In some implementations, the user ID **1134** is an identifier associated with the user of the mobile device **150** that sent the authorization request **1130** to the server **130**.

In some implementations, the authorized amount **1146** indicates a maximum amount for which the user of the mobile device **150** is authorized for a transaction using the authorization grant token **1140**. For example, the authorized amount **1146** is predefined by the user of the mobile device **150** or by the server **130** based on a daily limit or based on the user's total account balance or based on a risk profile of the user correspond to the user ID **1134**.

In some implementations, the expiration period **1148** offset indicates an offset to the amount of time that the payment module **100** holds the authorization grant token **1140** valid for initiation of a transaction with the payment module **100**. For example, the expiration period offset **1148** depends on the history and credit of the user of mobile device **150** or a period predefined by the user of mobile device **150**.

In some implementations, the authorization grant token **1140** further includes the authorization code **1104** that was included in the authorization request **1130**. In some implementations, when the authorization code **1104** is the hash value, the server **130** encrypts the authorization grant token **1140** including the hashed value with the shared secret encryption key associated with payment module **100**. Subsequently, when mobile device **150** sends the authorization grant token **1140** to payment module **100** after detecting a trigger condition, the payment module **100** decrypts the authorization grant token **1140** using the secret key known

32

only to server **130** and payment module **100** (which authenticates the message and the authorization grant), and then matches the hash value included in the decrypted authorization grant token **1140** to previously broadcast valid (unexpired) hash values (i.e., auth codes) to determine validity of the hash value (which was known only to payment module **100**).

FIG. **24**D illustrates a block diagram of transaction information **1150** generated by the payment module **100** (e.g., in step **1204** of the process **1200** in FIG. **25**A) in accordance with some implementations. In some implementations, the transaction information **1150** includes: a transaction ID **1152** for the respective transaction, a module ID **1154**, a user ID **1156**, (optionally) the authorization code **1158**, transaction status information **1160**, the transaction amount **1162**, and other information **1164**.

In some implementations, the transaction ID **1152** is a unique identifier corresponding to the respective transaction. In some implementations, the transaction ID **1152** is encoded based on or associated with the time and/or date on which and the location at which the respective transaction took place.

In some implementations, the module ID **1154** is a unique identifier corresponding to the payment module **100** that performed the respective transaction.

In some implementations, the user ID **1156** is an identifier associated with the user of the mobile device **150** that initiated the respective transaction.

In some implementations, the authorization code **1158** corresponds to the original authorization code (e.g., auth code **1104**, FIGS. **24**A-**24**C) and/or authorization grant token (e.g., auth grant token **1140**, FIG. **24**C) that was used to initiate the respective transaction. In some implementations, the authorization code **1156** is encrypted with a unique encryption key corresponding to the payment module **100**.

In some implementations, the transaction status information **1160** includes an indication whether the respective transaction was completed, not-completed, or aborted. For example, the respective transaction is incomplete if a jam occurred at the payment accepting unit **120** and the user did not receive the product associated with the respective transaction. For example, if the user walks away from the payment accepting unit **120** after money was credited for the respective transaction, the respective transaction is aborted. In another example, if respective transaction times out after a predetermined time period because the user failed to select a product at the payment accepting unit **120**, the respective transaction is aborted. In another example, if the user actuates a bill or coin return mechanism of the payment accepting unit **120**, the respective transaction is aborted.

In some implementations, the transaction amount **1162** indicates the amount of the respective transaction or the amount of each of multiple transactions (e.g., in a multi-vend scenario). In some implementations, the transaction amount **1162** is encrypted with a unique encryption key corresponding to the payment module **100**.

In some implementations, the other information **1164** includes other information related to the respective transaction such as the items dispensed by the payment accepting unit **120** and the type of transaction (e.g., coins, bills, credit card, manual mode, hands-free mode, etc.). In some implementations, the other information **1164** includes other information related to the payment module **100** and/or the payment accepting unit **120** associated with the payment module **100**. For example, the other information **1164** includes a verification request to the server **130** in order to implement new firmware. See FIGS. **26**A-**26**B and the accompanying text for further discussion of the verification request. In

US 9,134,994 B2

33

another example, the other information **1164** includes transaction information from one or more previous interrupted transactions. In another example, the other information **1164** includes transaction information for one or more transactions paid via bills and/or coins. In another example, the other information **1164** includes inventory information as to one or more products of the payment accepting unit **120**.

FIG. 25A illustrates a schematic flow diagram of a process **1200** of processing acknowledgement information in accordance with some implementations. In some implementations, the payment processing system includes one or more payment modules **100** (e.g., each associated with a respective payment accepting unit **120** such an automatic retailing machine for dispensing goods and/or services), one or more mobile devices **150** (e.g., each executing the application **140** for the payment processing system either as a foreground or background process), and the server **130**. The server **130** manages the payment processing system and, in some cases, supplies, operates, and/or manufactures the one or more payment modules **100**. For brevity, the process **1200** will be described with respect to a respective payment module **100** associated with a respective payment accepting unit **120** (machine **120**) and a respective mobile device **150** in the payment processing system. In the process **1200**, the payment module **100** receives first acknowledgement information for a first transaction via the mobile device **150** that initiated the first transaction.

The payment module **100** obtains (**1202**) a first notification indicating completion of a first transaction from the machine **120**. For example, after the process **1000** in FIG. 23, the user of the mobile device **150** selects a product to purchase from the machine **120** by interacting with one or more input mechanisms of the machine **120** (e.g., buttons **126** or a touch screen display **124** shown in FIG. 19), and the machine **120** dispenses the selected product. Continuing with this example, after the product is dispensed, the transaction is complete and the payment module **100** obtains a notification from the machine of the completed transaction. In some implementations, the notification includes the amount of the transaction and (optionally) machine status information associated with the machine **120** such as inventory information as to one or more products of the payment accepting unit **120** and/or the like.

After obtaining the first notification, the payment module **100** generates (**1204**) first transaction information based on the first notification, and the payment module **100** stores the first transaction information. In some implementations, the transaction information includes a transaction ID for the first transaction, a module ID corresponding to payment module **100**, a user ID corresponding to the mobile device **150**, transaction status information indicating that the first transaction is complete, and the transaction amount indicated by the first notification. In some implementations, the payment module **100** retains the authorization code included in the original broadcasted packet and/or the authorization grant token and includes the authorization code in the first transaction information. In some implementations, the authorization code is encrypted with a secret key corresponding to the payment module **100**, which is shared with the server **130** but not the mobile device **150**. In some implementations, the first transaction information further includes other information such as the machine status information included in the first notification or transaction information corresponding to previous interrupted transaction(s). See FIG. 24D and the accompanying text for further discussion regarding transaction information **1150**.

34

The payment module **100** sends (**1206**), via a short-range communication capability (e.g., BLE), the first transaction information to the mobile device **150**.

The mobile device **150** sends (**1208**), via a long-range communication capability (e.g., GSM, CDMA, Wi-Fi, or the like), the first transaction information to the server **130**.

The server **130** processes (**1210**) the first transaction information. For example, the server **130** debits the account of the user associated with the user ID in the first transaction information in the amount indicated by the first transaction information.

The server **130** sends (**1212**), via a long-range communication capability (e.g., GSM, CDMA, Wi-Fi, or the like), first acknowledgement information to the mobile device **150**. In some implementations, the first acknowledgement information acknowledges that the server **130** received the first transaction information. In some implementations, the first acknowledgement information includes the user ID, the module ID, the transaction ID, and (optionally) the authorization grant included in the transaction information (e.g., auth grant **1158**, FIG. 24D).

After receiving the first acknowledgement information, the mobile device **150** sends (**1214**), via a short-range communication capability (e.g., BLE), the first acknowledgement information to the payment module **100**.

After receiving the first acknowledgement information, the payment module **100** deletes (**1216**) the stored first transaction information.

FIG. 25B illustrates a schematic flow diagram of a process **1250** of processing interrupted transactions in accordance with some implementations. In some implementations, the payment processing system includes one or more payment modules **100** (e.g., each associated with a respective payment accepting unit **120** such an automatic retailing machine for dispensing goods and/or services), one or more mobile devices **150** (e.g., each executing the application **140** for the payment processing system either as a foreground or background process), and the server **130**. The server **130** manages the payment processing system and, in some cases, supplies, operates, and/or manufactures the one or more payment modules **100**. For brevity, the process **1250** will be described with respect to a respective payment module **100** associated with a respective payment accepting unit **120** (machine **120**) and a respective mobile device **150** in the payment processing system. In the process **1250**, the payment module **100** receives first acknowledgement information for a first transaction via a second mobile device **150-2** that did not initiate the first transaction.

After receiving a first authorization request associated with a first authorization code from a first mobile device **150-1**, the server **130** sends (**1252**), via a long-range communication capability (e.g., GSM, CDMA, Wi-Fi, or the like), a first authorization grant token to the first mobile device **150-1** associated with a first user **1251-1**.

After receiving the first authorization grant token and in response to detecting a trigger condition (e.g., via the hands-free mode or the manual mode), the first mobile device **150-1** sends (**1254**), via a short-range communication capability (e.g., BLE), the first authorization grant token to the payment module **100** associated with the machine **120** in order to initiate a first transaction.

The payment module **100** processes (**1256**) the first transaction associated with the first authorization grant token and generates first transaction information when the first transaction is completed. In some implementations, the first transaction information includes a transaction ID for the first transaction, a module ID corresponding to payment module **100**, a

US 9,134,994 B2

35

36

user ID corresponding to the first mobile device **150-1**, transaction status information indicating that the first transaction is complete, and the transaction amount for the first transaction. The payment module **100** stores the first transaction information with a timestamp indicating the time and date that the first transaction information was generated.

The payment module **100** sends (**1258**), via a short-range communication capability (e.g., BLE), the first transaction information to the first mobile device **150-1** to send to the server **130** in order to acknowledge the first transaction.

In accordance with a determination that first acknowledgement information is not received for the first transaction within a predefined time period, the payment module **100** times-out (**1260**) the first transaction and maintains the first transaction information. In some implementations, a transaction times-out when the connection between the mobile device and the payment module is interrupted and transaction information is not acknowledged within a predefined time period.

For example, the connection between the first mobile device **150-1** and the payment module **100** is interrupted when the first user **1251-1** turns off the first mobile device **150-1**, the first user **1251-1** turns the first mobile device **150-1** into airplane mode, the first user **1251-1** walks away out of the communication zone (i.e., BLE range) of the payment module **100**, the first mobile device **150-1** otherwise loses its long-range communication connection, or the first mobile device **150-1** otherwise loses power. In this example, either the first user **1251-1** maliciously interrupted the connection to prevent the acknowledgement information from being received by the payment module **100** by powering down the first mobile device **150-1**, or the connection was involuntarily or unintentionally interrupted by the first mobile device **150-1**'s battery running out or a losing cellular signal.

In some implementations, the first user **1251-1** is blocked by the payment module **100** from performing any additional transactions until the payment module **100** receives an acknowledgement from the server **130** via any connection (e.g., from the second user **1251-2**). In some implementations, unused authorization grants (e.g., if there was no trigger condition or it expired) are canceled by the first mobile device **150-1** by sending a cancellation message to the server **130** corresponding to the unused authorization grant. In some implementations, the server **130** denies or limits the number of authorization grants sent to the first mobile device **150-1** until it has received transaction information or cancellation of authorization outstanding authorization grants sent to the first mobile device **150-1**. In some implementations, server **130** denies approval of, or limit the number of, additional authorization grants from user **1251-1** for transacting with a second payment module (not shown) until the server **130** receives transaction information, cancellation of authorization, or a predefined time period has expired for outstanding authorization grants sent to the first mobile device **150-1** for transacting with a first payment module. In this example, a user may be limited to only 1 authorization grant for the first payment module **100** and no more than 3 outstanding authorization grants in a predetermined number of hours regardless of the number of payment modules the user may be attempting to use.

After receiving a second authorization request associated with a second authorization code from a second mobile device **150-2** subsequent to receiving the first authorization request from the first mobile device **150-1**, the server **130** sends (**1262**), via a long-range communication capability

(e.g., GSM, CDMA, Wi-Fi, or the like), a second authorization grant token to the second mobile device **150-2** associated with a second user **1251-2**.

After receiving the second authorization grant token and in response to detecting a trigger condition (e.g., via the handfree mode or the manual mode), the second mobile device **150-2** sends (**1264**), via a short-range communication capability (e.g., BLE), the second authorization grant token to the payment module **100** associated with the machine **120** in order to initiate a second transaction.

The payment module **100** processes (**1266**) the second transaction associated with the second authorization grant token and generates second transaction information when the second transaction is completed. In some implementations, the second transaction information includes a transaction ID for the second transaction, a module ID corresponding to payment module **100**, a user ID corresponding to the second mobile device **150-2**, transaction status information indicating that the second transaction is complete, and the transaction amount for the second transaction. The payment module **100** stores the second transaction information with a timestamp indicating the time and date that the second transaction information was generated.

The payment module **100** sends (**1268**), via a short-range communication capability (e.g., BLE), the first transaction information associated with the interrupted first transaction and the second transaction information associated with the second transaction to the second mobile device **150-1** to send to the server **130** in order to acknowledge the first and second transactions. In this way, the first transaction information associated with the previous, interrupted first transaction initiated by the first mobile device **150-1** is appended to the second transaction information for the second transaction initiated by the second mobile device **150-2**.

The second mobile device **150** sends (**1270**), via a longrange communication capability (e.g., GSM, CDMA, Wi-Fi, or the like), the first transaction information and the second transaction information to the server **130**.

After receiving the first transaction information and the second transaction information, the server **130** processes the first transaction information and the second transaction information. For example, the server **130** debits the account of the first user **1251-1** associated with the user ID for first mobile device **150-1** in the first transaction information in the amount indicated by the first transaction information. Continuing with this example, the server **130** also debits the account of the second user **1251-2** associated with the user ID for second mobile device **150-2** in the second transaction information in the amount indicated in the second transaction information.

The server **130** sends (**1272**), via a long-range communication capability (e.g., GSM, CDMA, Wi-Fi, or the like), first and second acknowledgment information to the second mobile device **150-2** acknowledging the first and second transactions. In some implementations, the first acknowledgment information includes the user ID of the first mobile device **150-1** that imitated the first transaction, the module ID of the payment module **100** that processed the first transaction, the transaction ID of the first transaction, and (optionally) the authorization code associated with the first transaction. In some implementations, the second acknowledgment information includes the user ID of the second mobile device **150-2** that imitated the second transaction, the module ID of the payment module **100** that processed the second transaction, the transaction ID of the second transaction, and (optionally) the authorization code associated with the second transaction.

37

After receiving the first and second acknowledgment information, the mobile device **150** sends (**1274**), via a short-range communication capability (e.g., BLE), the first acknowledgment information to the payment module **100**.

After receiving the first and second acknowledgment information, the payment module **100** deletes (**1276**) the stored first transaction information and also the stored second transaction information. In some implementations, the payment module **100** marks the first and second transaction as complete.

FIG. **26**A is a schematic flow diagram of a process **1300** of updating firmware of the payment module **100** in the payment processing system in accordance with some implementations. In some implementations, the payment processing system includes one or more payment modules **100** (e.g., each associated with a respective payment accepting unit **120**), one or more mobile devices **150** (e.g., each executing the app **140** for the payment processing system either as a foreground or background process), and the server **130**. The server **130** manages the payment processing system and, in some cases, supplies, operates, and/or manufactures the one or more payment modules **100**. For brevity, the process **1300** will be described with respect to a respective payment module **100** and a respective mobile device **150** in the payment processing system.

The payment module **100** broadcasts (**1302**), via a short-range communication capability (e.g., BLE), a packet of information (e.g., broadcast packet **1100**, FIG. **24**A). The packet of information at least includes a firmware version (e.g., current firmware version **1112**, FIG. **24**A) of the payment module **100**. The information included in the packet broadcasted by the payment module **100** is further discussed herein with reference to FIG. **24**A.

The mobile device **150** determines (**1304**) that the current firmware version of the payment module **100** satisfies firmware criteria (e.g., predates a firmware version stored by the mobile device **150**). Various other firmware criteria are further discussed below with reference to the method **1700** in FIGS. **30**A-**30**D.

In accordance with a determination that the firmware criteria are satisfied, the mobile device **150** sends (**1306**) firmware update information (e.g., data packets corresponding to the firmware of the mobile device **150**) to the payment module **100**.

The payment module **100** broadcasts (**1308**) update status information (e.g., update status information **1114** in FIG. **24**A, identifying remaining data packets needed for the firmware update) included in the advertised information to the one or more mobile devices in the payment processing system (e.g., at least including the respective mobile device **150**). Although not illustrated, the process **1300** sometimes includes a second mobile device, which sends firmware update information that includes additional data packets distinct from the data packets sent by the respective mobile device **150**.

When all needed data packets have been received by the payment module **100**, the update status information includes a verification request, which the mobile device **150** then sends (**1310**) to the server **130** via a long-range communication capability (e.g., GSM).

The server **130** processes (**1312**) the verification request. For example, the server **130** processes the verification request by verifying that the received data packets are not corrupt, form a complete set, and correspond to a latest firmware version.

After processing the verification request, the server **130** sends (**1314**) to the mobile device **150** a firmware command

38

(e.g., implement the firmware update at the payment module **100**) via the long-range communication capability, which the mobile device **150** then sends (**1316**) to the payment module **100** via the short-range communication capability.

The payment module **100** then executes (**1318**) the firmware command. For example, the payment module implements the firmware update using the received data packets corresponding to a latest firmware version.

FIG. **26**B is a schematic flow diagram of a process **1320** of updating firmware of the payment module **100** in the payment processing system in accordance with some implementations. In some implementations, the payment processing system includes one or more payment modules **100** (e.g., each associated with a respective payment accepting unit **120**), one or more mobile devices **150** (e.g., each executing the app **140** for the payment processing system either as a foreground or background process), and the server **130**. The server **130** manages the payment processing system and, in some cases, supplies, operates, and/or manufactures the one or more payment modules **100**. For brevity, the process **1320** will be described with respect to a respective payment module **100** and a respective mobile device **150** in the payment processing system.

The payment module **100** broadcasts (**1322**), via a short-range communication capability (e.g., BLE), a packet of information (e.g., broadcast packet **1100**, FIG. **24**A). The packet of information at least includes a firmware version (e.g., current firmware version **1112**, FIG. **24**A) of the payment module **100**. The information included in the packet broadcasted by the payment module **100** is further discussed herein with reference to FIG. **24**A.

The mobile device **150** then sends (**1324**) to the server **130**, via a long-range communication capability (e.g., GSM), the packet of information that at least includes the firmware version of the payment module **100**.

The server **130** determines (**1326**) that current firmware version of the payment module **100** satisfies firmware criteria (e.g., predates a firmware version stored by the mobile device **150**). Various other firmware criteria are further discussed below with reference to the method **1700** in FIGS. **30**A-**30**D.

In accordance with a determination that the firmware criteria are satisfied, the server **130** sends (**1328**) to the mobile device **150** firmware update information (e.g., data packets corresponding to the firmware of the mobile device **150**), which the mobile device **150** then sends (**1330**) to the payment module **100**.

The payment module **100** broadcasts (**1332**) update status information (e.g., identification of remaining data packets needed for the firmware update) included in the advertised information to the one or more mobile devices in the payment processing system (e.g., at least including the respective mobile device **150**), which the one or more mobile devices **150** then send (**1334**) to the server **130**. When all needed data packets have been received by the payment module **100**, the update status information includes a verification request.

The server **130** processes (**1336**) the verification request. For example, the server **130** processes the verification request by verifying that the received data packets are not corrupt, form a complete set, and correspond to a latest firmware version.

After processing the verification request, the server **130** sends (**1338**) to the mobile device **150** a firmware command (e.g., implement the firmware update at the payment module **100**) via the long-range communication capability, which the mobile device **150** then sends (**1340**) to the payment module **100** via the short-range communication capability.

US 9,134,994 B2

39

The payment module then executes (**1342**) the firmware command. For example, the payment module implements the firmware update using the received data packets corresponding to a latest firmware version.

FIG. **26**C is a schematic flow diagram of a process **1350** of updating firmware of the payment module **100** in the payment processing system in accordance with some implementations. In some implementations, the payment processing system includes one or more payment modules **100** (e.g., each associated with a respective payment accepting unit **120**), one or more mobile devices **150** (e.g., each executing the app **140** for the payment processing system either as a foreground or background process), and the server **130**. The server **130** manages the payment processing system and, in some cases, supplies, operates, and/or manufactures the one or more payment modules **100**. For brevity, the process **1350** will be described with respect to a respective payment module **100** and a respective mobile device **150** in the payment processing system.

The payment module **100** broadcasts (**1352**), via a short-range communication capability (e.g., BLE), a packet of information (e.g., broadcast packet **1100**, FIG. **24**A). The packet of information at least includes a firmware version (e.g., current firmware version **1112**, FIG. **24**A) of the payment module **100**. The information included in the packet broadcast by the payment module **100** is further discussed herein with reference to FIG. **24**A.

The mobile device **150** determines (**1354**) that the current firmware version of the payment module **100** satisfies firmware criteria (e.g., predates a firmware version stored by the mobile device **150**). Various other firmware criteria are further discussed below with reference to the method **1700** in FIGS. **30**A-**30**D. In some implementations, the mobile device **150** stores a firmware image for the payment module **100**. For example, the firmware image was previously downloaded by the mobile device **150** from the server **130** as part of an update for application **140**. In some implementations, the firmware image downloaded by the mobile device **150** is encrypted with a common encryption key known to all payment modules **100** in the payment processing system (as opposed to the unique encryption key corresponding to each payment module **100** in the payment processing system). In some implementations, the firmware image downloaded by the mobile device **150** is encrypted with an encryption key that is later sent as part of the firmware approval message in steps **1360** and **1362**, where the firmware approval message is encrypted with a unique encryption key corresponding to the payment module **100**.

In accordance with a determination that the firmware criteria are satisfied, the mobile device **150** sends (**1356**), via a second communication capability (e.g., GSM, CDMA, Wi-Fi, or the like), a firmware update request (e.g., a request for permission to update the firmware of the payment module **100**) to the server **130**. In some embodiments, the firmware update request includes a module ID corresponding to the payment module **100**, a user ID associated with a user of the mobile device **150**, the current firmware version **1112** of the payment module **100**, and the firmware version stored by the mobile device **150**.

The server **130** processes (**1358**) the firmware update request. The server **130** determines whether to permit or decline the firmware update request. If the server **130** permits the firmware update request, the mobile device **150** updates the firmware version of the payment module **100** with the firmware version stored by the mobile device **150**. For example, the server **130** declines the firmware update request if the firmware version stored by the mobile device **150** is out of

40

date (i.e., a firmware version C, distinct from a firmware version A of the payment module **100** and a firmware version B stored by the mobile device **150**, is the latest firmware image). In another example, the server **130** declines the firmware update request if the firmware version stored by the mobile device **150** (e.g., firmware version B) is determined to be faulty and/or blacklisted, even if a latest firmware (e.g., firmware version C, distinct from firmware version A and firmware version B) is not available.

In accordance with a determination that the firmware version stored by the mobile device **150** is approved by the server **130**, the server **130** sends (**1360**) to the mobile device **150**, via the second communication capability, a firmware update approval message (e.g., permission to update the firmware of the payment module **100**), which the mobile device **150** then sends (**1362**) to the payment module **100** via the short-range communication capability. In some implementations, in accordance with a determination that the server **130** permits the firmware update request, the server **130** responds to the application **140** of the mobile device **150** with an affirmative firmware update approval message (e.g., approval to update firmware of payment module **100**) to be sent to the payment module **100**. In some implementations, the firmware update approval message contains one or more verification values (e.g., a list of checksum values for each 4 KB block of encrypted firmware image stored by the mobile device **150**) and a hash value (e.g., SHA-256 hash of the complete, decrypted firmware image) for data packets corresponding to the approved firmware update version. Furthermore, in some implementations, the firmware update approval message includes a firmware decryption key (e.g., for decrypting received data packets corresponding to the approved firmware update version). In some implementations, the firmware update approval message is encrypted using a unique encryption key corresponding to the payment module **100**.

In some implementations, if the payment module **100** is already updating its firmware when it receives the firmware update approval message (e.g., a process which may have been started by a different mobile device **150** at an earlier time), then the payment module **100** simply verifies the validity of the firmware update approval message and resumes the firmware update. However, if the payment module **100** was not already updating its firmware, it will verify the validity of the firmware update approval message, store to the memory **760** (FIG. **20**) (e.g., EEPROM) the one or more verification values and the hash value (e.g., list of checksums and a SHA-256 hash), and erase the firmware-update area of the memory **760** (e.g., where the one or data packets for the firmware update will be stored). In these cases, the payment module **100** subsequently receives firmware update formation (e.g., one or more data packets) from the mobile device **150** which are stored in the firmware-update area of the memory **760**. Furthermore, in some implementations, if the payment module **100** already has a stored firmware update to the specified firmware version ready to be processed, but it has not yet rebooted to install it, the firmware update request is ignored.

After the server **130** approves the firmware update request, the mobile device **150** sends (**1364**) to the payment module **100**, via the short-range communication capability, firmware update information (e.g., data packets corresponding to the firmware stored by the mobile device **150**). As long as the payment module **100** is connected to the mobile device **150**, the payment module **100** will identify one or more data blocks (i.e., corresponding to the approved firmware update version) that are still needed, which are sent by the mobile device **150** as the one or more data packets. In some implementations,

41

42

after receiving the firmware update approval message, the payment module **100** sends to the mobile device **150** update status information identifying and requesting one or more data blocks still needed for the firmware update (e.g., a specific 256 B block/chunk of firmware). Additionally and/or alternatively, the packet of information (e.g., broadcast packet **1100**, FIG. **24**A) broadcast by the payment module **100** includes information identifying one or more data blocks still needed by the payment module **100** for the firmware update or one or more data blocks already received by the payment module **100**. After receipt of the one or more data packets, the firmware update information is stored by the payment module **100** into memory (e.g., the memory **760**, FIG. **20**).

The payment module **100** verifies (**1366**) the firmware update information. In some implementations, each time a data packet is received from the mobile device **150** corresponding to a complete data block (e.g., a 4 KB block) of the firmware update, the payment module **100** will compare a generated verification value (e.g., a checksum of the 4 KB block) against a corresponding verification value for the block that was included in the update approval message (e.g., a checksum from the list included in the firmware update approval message). If the verification values do not match, the corresponding data block is erased, and the update process resumes from that point (e.g., the particular 4 KB block that did not pass verification).

After verifying the firmware update information, the payment module **100** executes (**1368**) the firmware update information. After all data blocks have been received by the payment module **100**, and their verification values (e.g., checksums) have been successfully verified, in some implementations, the payment module **100** sets an internal flag indicating that it should reboot itself when it determines it is a safe time to do so. In some implementations, a safe time for rebooting is based on the current time of day (e.g., 2:00 AM), or observed activity of the payment accepting unit **120** (e.g., when no user has been connected in the past 10 minutes).

In some implementations, when the payment module **100** decides to reboot, it sets an install-firmware flag in memory (e.g., EEPROM) and resets itself. Upon reboot of the payment module **100**, a bootloader observes the set install-firmware flag and executes an associated firmware installation handler. In some implementations, the firmware installation handler double checks all of the block checksums of the firmware update information (e.g., a firmware update image). If the checksums do not match, an error has occurred (e.g., corrupted data) and the update is aborted, with the currently installed firmware then booting up. If the checksums do match, however, the bootloader erases the currently installed firmware and then decrypts the firmware update information (e.g., a firmware update image) into the installed firmware area of memory (e.g., memory **760**, FIG. **20**).

After the firmware update information has been decrypted, the bootloader computes a hash value (e.g., a SHA-256 hash) of the firmware update information (e.g., of a firmware update image) and compares it to the hash value received from the server **130** that was included in the update approval message. If the hash values do not match, an error has occurred, causing the bootloader to erase the installed firmware and re-install a default (i.e., gold master) firmware image, as that is the only image available to install at that point. Finally, the bootloader loads and runs the installed firmware (either the updated firmware version or the gold master).

FIGS. **27**A-**27**C illustrate a flowchart diagram of a method **1400** of payment processing in accordance with some implementations. In some implementations, the method **1400** is performed by a device with one or more processors, memory, and two or more communication capabilities. For example, in some implementations, the method **1400** is performed by the mobile device **150** (FIGS. **5** and **21**) or a component thereof (e.g., application **140**). In some implementations, the method **1400** is governed by instructions that are stored in a non-transitory computer readable storage medium (e.g., the memory **860**, FIG. **21**) and the instructions are executed by one or more processors (e.g., the processing unit **840**, FIG. **21**) of the device. Optional operations are indicated by dashed lines (e.g., boxes with dashed-line borders).

The device obtains (**1402**), from a payment module, advertised information via a first communication capability, where the advertised information at least includes an authorization code. In some implementations, the payment module **100** broadcasts/advertises a packet of information (i.e., advertised information such as the packet **1100**, FIG. **24**A) via one or more short-range communication protocols such as BLE, NFC, and/or the like (i.e., a non-persistent communication channel). As such, the payment module **100** is not tied up in handshakes with each mobile device **150** within its communication zone. In some implementations, the application **140** associated with the payment processing system, which is executed on the mobile device **150** (e.g., a mobile phone), receives the advertised information when the mobile device **150** is within the communication zone (i.e., BLE range) of the payment module **100**.

In some implementations, the advertised information is a packet with a module identifier (ID) associated with the payment module **100**, an authorization code, the payment module **100**'s current firmware version, and a plurality of status flags associated with a state of the payment accepting unit **120** and/or the payment module **100**. For example, FIG. **24**A illustrates the packet **1100** of information that is broadcast by the payment module **100**. In some implementations, the authorization code is a cleartext hash value. In some implementations, the authorization code is encrypted with a unique encryption key corresponding to the payment module **100**. In some implementations, the packet also includes customized or baseline thresholds for the authorization and payment zones (e.g., RSSI values such as −80 db and −90 db, respectively). In some implementations, the packet also includes a request (e.g., a status flag) for mobile device **150** to connect to it immediately so as to upload information to the server **130** (e.g., transaction information for one or more interrupted transaction). In some implementations, the payment module **100** broadcasts the advertised information every X second with a unique authorization code.

In some implementations, the first communication capability corresponds (**1404**) to a short-range communication protocol. For example, the first communication capability of the mobile device **150** is a radio/transceiver means for communicating via one or more short-range communication protocols such as BLE, NFC, and/or the like (i.e., a non-persistent communication channel).

The device sends (**1406**), to a server, at least the authorization code from the advertised information via a second communication capability distinct from the first communication capability. In some implementations, the mobile device **150** sends an authorization request to the server **130** that at least includes the authorization code from the obtained advertised information, the user ID corresponding to the user of the mobile device **150**, and the module ID corresponding to the payment module **100**. For example, see authorization request **1130** in FIG. **24**B.

In some implementations, the second communication capability corresponds (**1408**) to a long-range communica-

US 9,134,994 B2

43

tion protocol. For example, the second communication capability of the mobile device **150** is a radio/transceiver means for communicating via one or more long-range communication protocols such as Wi-Fi, CDMA, GSM, and/or the like (i.e., a non-persistent communication channel).

In some implementations, the advertised information further includes (**1410**) an authorization zone threshold criterion, and the device sends at least the authorization request code comprises sending, to the server, at least the authorization request code via the second communication capability in accordance with a determination that the authorization zone threshold criterion is satisfied. In some implementations, the advertised information includes a baseline authorization zone threshold (i.e., an authorization zone criterion) indicating a baseline RSSI that the mobile device **150** (or the application **140**) is required to observe before being within the authorization zone of the payment module **100**. In some implementations, the mobile device **150** (or the application **140**) offsets the baseline authorization zone threshold based on the strength and/or reception of the short-range communication capability (e.g., BLE radio/transceiver) of the mobile device **150**. In some implementations, the mobile device **150** forwards the authorization code to the server **130** when the authorization zone criterion is satisfied (i.e., the mobile device **150** observes an RSSI equal to or exceeding the baseline authorization zone threshold). For example, baseline authorization zone threshold for a payment module associated with module ID 0xA23 is −70 db. Continuing with this example, the mobile device **150** (or the application **140**) offsets the baseline authorization zone threshold by −5 db because the mobile device **150**'s BLE radio/transceiver is weak. Continuing with this example, when the mobile device **150** observes an RSSI equal to or exceeding −75 db from payment module **100** associated with module ID 0xA23, the mobile device **150** forwards the authorization code to the server **130**.

In some implementations, the advertised information further includes status information indicating one or more states of at least one of the payment module and the payment accepting unit, and the device sends (**1412**), to the server, the status information from the advertised information via the second communication capability. FIG. **24**A, for example, shows the packet **1100** with one or more status flags **1108**. For example, the one or more status flags **1108** included in the packet **1100** are encoded with a predetermined code known by the server **130**. In some implementations, the status information indicates that the payment module **100** has information to be uploaded to the server (e.g., transaction information for one or more interrupted transactions). In some implementations, the status information indicates information for the attention of the payment accepting machine **120**'s operator. For example, when the payment accepting unit **120** is a vending machine, the status information indicates that a particular item is low or out of stock. In another example, the status information indicates that the payment accepting unit **120** is experiencing a bill and/or coin jam. In another example, the status information indicates that the payment accepting unit **120**'s bill and/or coin reservoir is empty, nearly empty, full, or nearly full.

In response to sending at least the authorization code, the device obtains (**1414**), from the server, authorization information via the second communication capability, where the authorization information at least includes an authorization grant token. FIG. **24**B, for example, shows the authorization grant token **1140**. In some implementations, the mobile device **150** receives the authorization grant token when the authorization code is valid and the first user has sufficient

44

funds in his/her account for the payment processing system to perform a transaction at the payment accepting unit **120**. In some implementations, the authorization grant token or a portion thereof is encrypted with the encryption key corresponding to the payment module **100**. In some implementations, the authorization grant token includes an authorized amount, an expiration offset period, a user ID associated with the user of the mobile device **150**, and a module ID associated with the payment module **100**. For example, the expiration offset period depends on the first user's history and credit or a period predefined by the first user. For example, the authorized amount is predefined by the first user, based on a daily limit, based on the first user's total balance, or based on a risk profile associated with the user identified by the user ID. In some implementations, the authorization grant token or a portion thereof (e.g., the authorized amount or the auth code) is encrypted with an encryption key corresponding to the payment module **100** identified by the module ID.

In some implementations, the authorization request code is (**1416**) encrypted with a shared secret key corresponding to the payment module, and at least a portion of the authorization grant token is encrypted with the shared secret key corresponding to the payment module. For example, at least the authorized amount or the authorization code included in the authorization grant token is encrypted with the shared secret key. In some implementations, the shared secret key is known by the payment module **100** and the server **130**. For example, the server **130** manages transactions for a plurality of payment modules and the server **130** stores a table of encryption keys for each of the payment modules. In this example, the server **130** selects an encryption key that corresponds to the respective payment module **100** and encrypts the authorized amount with the selected encryption key. In some implementations, the shared secret key is one of a public or private key in an asymmetrical cryptography scheme. Thus, in the above example, the mobile device **150** is an un-trusted party in the payment processing system; thus, the mobile device **150** cannot decrypt the authorization code or at least a portion of the authorization grant token.

After obtaining the authorization information, the device detects (**1418**) a trigger condition to perform a first transaction with a payment accepting unit (e.g., an automatic retailing machine such as a vending machine for dispensing goods and/or services) associated with the payment module. In the hands-free mode, the trigger condition is detected when the mobile device **150** enters the payment zone of the payment module **100** which occurs upon satisfaction of a payment zone criterion. In the manual mode, trigger condition is detected when the user of the mobile device **150** interacts with the user interface of the application **140** for the payment processing system while the application **140** is executed in as a foreground process on the mobile device **150**.

In some implementations, the advertised information further includes (**1420**) a payment zone threshold criterion, and the device the trigger condition by: determining whether the payment zone threshold criterion is satisfied; and, in accordance with a determination that the payment zone threshold criterion is satisfied, detecting the trigger condition. In some implementations, the advertised information includes payment zone threshold criterion indicating a baseline RSSI that the mobile device **150** (or the application **140**) is required to observe before being within the payment zone of payment module **100**. In some implementations, the payment zone threshold criterion is a default RSSI value (e.g., −80 db) and the advertised information includes an offset (e.g., −5 db) to account for the strength and/or reception quality of the short-range radio/transceiver (e.g., BLE) of the payment module

US 9,134,994 B2

45

**100**. In some implementations, the trigger condition is detected when the mobile device **150** enters the payment zone of the payment module **100** which occurs upon satisfaction of a payment zone criterion. For example, when the RSSI observed by the mobile device **150** from the payment module **100** exceeds a predetermined payment zone threshold the payment zone threshold criterion is satisfied. In some implementations, the mobile device **150** provides an indication on the user interface of the application **140** for the payment processing system indicating whether the user is within the payment zone of payment module **100** and/or how close he/she is to the payment zone of payment module **100**.

In some implementations, the device detects (**1422**) the trigger condition by: detecting a user input from a user of the device; and, in response to detecting the user input, detecting the trigger condition to perform a transaction with the payment accepting unit. For example, while the application **140** associated with the payment processing system is executed as a foreground process on the mobile device **150**, the user of the mobile device interacts with the user interface of the application **140** to initiate a transaction with the payment accepting unit **120**. In this example, the user performs a touch gesture with the touch screen of the mobile device **150**, vocally commands the application **150** to initiate the transaction, or the like. Continuing with this example, after detecting the user interaction, the mobile device **150** (or the application **140**) sends the payment module **100** the authorization grant token and the user is credited with the amount authorized in the authorization grant token in order to select goods and/or services provided by payment accepting unit **120** for purchase with the credit.

In some implementations, the authorization information further includes (**1424**) an expiration period for the authorization grant token, and the device sends, to the payment module, the authorization grant token via the first communication capability in response to detecting the trigger condition and in accordance with a determination that the expiration period has not elapsed. In some implementations, after detecting the trigger condition, the mobile device (or the application **140**) determines whether an expiration period indicated by the authorization grant token has elapsed before sending the authorization grant token to the payment module **100**. In some implementations, after determining that an expired authorization grant token is expired, the mobile device (or the application **140**) determines automatically deletes the expired authorization grant token and requests a replacement authorization grant token by sending, to the server **130**, the authorization request code included in current advertised information broadcasted by the payment module **100**.

In response to detecting the trigger condition, the device sends (**1426**), to the payment module, the authorization grant token via the first communication capability. Continuing with the example in operation **1422**, after detecting the user interaction, the mobile device **150** (or the application **140**) sends the payment module **100** the authorization grant token and the user is credited with the amount authorized in the authorization grant token in order to select goods and/or services provided by payment accepting unit **120** for purchase with the credit.

For example, when the payment module **100** broadcasts the packet of information, if authorization code 12345 was issued in the packet (e.g., a new authorization code is issued every 100 ms), and a user uses that code to make a payment (when it comes back to the payment module **100** in the authorization grant token), the payment module **100** knows that authorization code 12345 has been used. Continuing with this example,

46

if another subsequent user attempts to make a payment using the same authorization code 12345, the payment module **100** does not allow the subsequent user to use authorization code 12345 in order to prevent replay attacks. Additionally, in some implementations, the advertised authorization code expires after M minutes (e.g., 3, 5, 10, etc. minutes). In some implementations, the authorization code is a unique randomly or pseudo-randomly generated number that is stored by the payment module for M minutes after the authorization code is advertised, at which time it expires. In some implementations, the advertised authorization codes are unique incremental numbers that are advertised every X seconds. In this embodiment, the payment module **100** determines whether an authorization code in an authorization grant token is valid by identifying a current advertised authorization code and determining whether the advertised authorization is newer than the oldest valid authorization code based on the current advertised authorization code, the advertisement frequency (e.g., every X seconds), and the expiration period (e.g., M minutes).

In some implementations, after sending the authorization grant token, the device obtains (**1428**), from the payment module, first transaction information indicating a status of the first transaction with the payment accepting unite the first communication capability, and the device sends, to the server, the first transaction information corresponding to the status of the first transaction the second communication capability. In some implementations, the first transaction information indicates the status of the transaction initiated with an authorization grant token such as a complete, incomplete, or aborted transaction. For example, the first transaction is incomplete when the payment accepting unit **120** experiences a malfunction (e.g., a vending mechanism jams and the user of the mobile device **150** fails to receive a selected product) or the first transaction times-out by the user of the mobile device **150** waiting Z seconds without selecting goods and/or services from the payment accepting unit **120**. For example, the first transaction is aborted when the user of the mobile device **150** actuates the coin return of the payment accepting unit **120** or walks away from the payment accepting unit **120** without selecting goods and/or service. In some implementations, the first transaction information includes the amount of the first transaction, current inventory state of products in payment accepting unit **120**, other machine status information, and the like.

It should be understood that the particular order in which the operations in FIGS. **27A-27C** have been described is merely exemplary and is not intended to indicate that the described order is the only order in which the operations could be performed. One of ordinary skill in the art would recognize various ways to reorder the operations described herein. Additionally, it should be noted that details of other processes described herein with respect to other methods described herein (e.g., the method **1500** in FIGS. **28A-28**B, the method **1600** in FIGS. **29A-29**C, the and method **1700** in FIGS. **30A-30**D) are also applicable in an analogous manner to the method **1400** described above with respect to FIGS. **27A-27C**.

FIGS. **28A-28**B illustrate a flowchart diagram of a method **1500** of transmitting machine status information in accordance with some implementations. In some implementations, the method **1500** is performed by a device with one or more processors, memory, and two or more communication capabilities. For example, in some implementations, the method **1500** is performed by the mobile device **150** (FIGS. **5** and **21**) or a component thereof (e.g., application **140**). In some implementations, the method **1500** is governed by instruc-

US 9,134,994 B2

47

tions that are stored in a non-transitory computer readable storage medium (e.g., the memory **860**, FIG. **21**) and the instructions are executed by one or more processors (e.g., the processing unit **840**, FIG. **21**) of the device. Optional operations are indicated by dashed lines (e.g., boxes with dashed-line borders).

The device obtains (**1502**), from a payment module, advertised information via a first communication capability, where the advertised information at least includes status information indicating one or more states of at least one of a payment module and a payment accepting unit associated with the payment module. For example, in some implementations, the payment module **100** broadcasts the packet **1100** (FIG. **24**A) which includes the one or more status flags **1108**.

In some implementations, the first communication capability corresponds (**1504**) to a short-range communication protocol. As described above, short-range communication protocols include BLE, NFC, and/or other protocols utilizing non-persistent communication channels.

In some implementations, the status information indicates (**1506**) that the payment module is storing one or more interrupted transactions. As described in greater detail below with respect to FIGS. **29**A-**29**C, in some implementations, interrupted transactions (sometimes referred to as "incomplete transactions") arise from the loss of a connection (e.g., the mobile device **150** has no cellular reception) or power. In some implementations, for example, the status flags **1108** (e.g., in packet **1100**, FIG. **24**A) include upload information indicator **1116**, which indicates that the payment module is storing one or more interrupted transactions, and/or also includes transaction information (e.g., transaction information **1150**, FIG. **24**D) corresponding to the one or more incomplete transactions (e.g., an amount of the first transaction, a user ID, etc.). In some implementations, upload information indicator **1116** triggers the mobile device **150** to connect to payment module **100** immediately (e.g., if it has interrupted transaction information to be uploaded to the server **130**). Alternatively, as described in greater detail below, the transaction information **1150** is generated and sent separately from the status flags **1108**.

In some implementations, the status information indicates (**1508**) that the payment accepting unit requires servicing. For example, the status flags **1108** (e.g., in packet **1100**, FIG. **24**A) include the bill/coin jam indicator **1118**, which indicates that a blockage is detected in the payment feeding mechanism (e.g., bill or coin jam). Furthermore, in some implementations, the status flags **1108** (e.g., in packet **1100**, FIG. **24**A) include the full bill/coin reservoir indicator **1120**, which indicates that currency stored in the payment accepting unit requires collection by an operator of the machine. In some implementations, the status information indicates that the payment accepting unit requires servicing after a pre-defined period of time has elapsed since a prior servicing. In an example, the payment module **100** is configured to send status information indicating that the payment accepting unit **120** requires servicing after one month has elapsed since a last servicing.

In some implementations, the status information indicates (**1510**) a count of at least one product in the payment accepting unit. For example, the status flags **1108** (e.g., in packet **1100**, FIG. **24**A) includes the inventory levels indicator **1122**, which indicates that the remaining inventory of an item (e.g., an inventory levels indicator **1122** having a value of 1 indicates one corresponding item remaining for a particular product).

In some implementations, the status information is (**1512**) encoded with a predefined code. In some implementations,

48

the status information is encrypted and/or encoded with a predefined code and/or key. For example, the status flags **1108** (e.g., in packet **1100**, FIG. **24**A) include 4 Bytes of information which is encoded according to a predefined encoding scheme known by the server **130** which indicates a plurality of states of the payment module and/or the payment accepting unit **120** associated with the payment module **100**.

In some implementations, the advertised information further includes (**1514**) an authorization code for authorizing a user of the device to perform a cashless transaction with the payment accepting unit. Authorization codes are described in greater detail above with respect to FIGS. **24**C and **27**A-**27**C and the accompanying text.

The device sends (**1516**), to a server, at least the status information from the advertised information via a second communication capability distinct from the first communication capability. For example, in step **1004** of method **1000** in FIG. **23**, the mobile device **150** sends an authorization request to the server **130** that includes the authorization code included in the broadcasted packet, the user ID associated with the mobile device **150**, the module ID associated with the payment module **100**, and also the status information.

In some implementations, the second communication capability corresponds (**1518**) to a long-range communication protocol. For example, in some implementations, the long-range communication protocol is one of GSM, Wi-Fi, CDMA, LTE, and/or the like.

In some implementations, after sending the status information to the server, the device receives (**1520**) a request, from the server, via the second communication capability to obtain one or more interrupted transactions from the payment module; obtains, from the payment module, transaction information via the first communication capability, where the transaction information corresponds to the one or more interrupted transactions performed by one or more previous users at the payment accepting unit; and sends, to the server, the transaction information via the second communication capability. In some implementations, in response to the status flags indicating one or more interrupted transactions, the server **130** requests that the mobile device **150** connect to the payment module **100** to upload the one or more interrupted transactions. This may occur even when the user of the mobile device **150** does not initiate a transaction with the payment module **100**. In some implementations, the mobile device **150** obtains the transaction information upon entering an authorization zone (e.g., the authorization zone **104**). See FIGS. **29**A-**29**C and the accompanying text for further discussion of interrupted transactions. For example, interrupted transactions arise from the loss of a network connection (e.g., the mobile device **150** has no cellular reception) or power.

It should be understood that the particular order in which the operations in FIGS. **28**A-**28**B have been described is merely exemplary and is not intended to indicate that the described order is the only order in which the operations could be performed. One of ordinary skill in the art would recognize various ways to reorder the operations described herein. Additionally, it should be noted that details of other processes described herein with respect to other methods described herein (e.g., the method **1400** in FIGS. **27**A-**27**C, the method **1600** in FIGS. **29**A-**29**C, and the method **1700** in FIGS. **30**A-**30**D) are also applicable in an analogous manner to the method **1500** described above with respect to FIGS. **28**A-**28**B.

FIGS. **29**A-**29**C illustrate a flowchart diagram of a method **1600** of pay payment processing acknowledgment in accordance with some implementations. In some implementations, the method **1600** is performed by a payment module with one

US 9,134,994 B2

49

or more processors, memory, and one or more first communication capabilities, which is coupled with a payment accepting unit (e.g., the payment accepting unit **120** (sometimes also herein called "machine **120**") (FIGS. **5** and **19**) such as a vending machine or kiosk for dispensing goods and/or services). For example, in some implementations, the method **1600** is performed by the adapter module **100**, (FIGS. **5** and **20**). In some implementations, the method **1600** is governed by instructions that are stored in a non-transitory computer readable storage medium (e.g., the memory **760**, FIG. **20**) and the instructions are executed by one or more processors (e.g., the processing unit **750**, FIG. **20**) of the payment module. Optional operations are indicated by dashed lines (e.g., boxes with dashed-line borders).

The payment module obtains (**1602**), from the payment accepting unit, a first notification indicating completion of a first transaction performed by a first user of a first device at the payment accepting unit and an amount of the first transaction. For example, in step **1202** of the process **1200** in FIG. **25**A, the payment module **100** obtains a first notification from the payment accepting unit **120** after a first transaction is completed at the payment accepting unit **120**.

In response to receiving the notification, the payment module (**1604**): generates first transaction information based at least in part on the first notification; stores the generated first transaction information; and sends the generated first transaction information to the first device via one of the one or more first communication capabilities. In some implementations, the payment module **100** generates the transaction information **1150** (FIG. **24**D) which includes the transaction ID **1152** (e.g., which sequentially increases after each completed transaction), the module ID **1154** (e.g., a unique ID for the payment module **100**), the user ID **1156** (e.g., a unique user ID of the mobile device **150** such as a MAC address), the authorization grant **1158**, the transaction status **1160** (e.g., complete, incomplete, or aborted), the transaction amount **1162** (e.g., $1.00), and/or other information **1164**. The other information **1164** includes, in some implementations, information included in the packet **1100** (FIG. **24**A), such as one or more status flags **1108** indicating a state of the payment accepting unit, and/or other information pertaining to the payment accepting unit, the first device, the first transaction, and/or the first user. In some implementations, the first transaction information is also stored until reception of an acknowledgement from the first device (e.g., the mobile device **150**). The transaction information **1150**, for example, is stored in the memory **760** (FIG. **20**) of the payment module **100**.

In some implementations, the one or more first communication capabilities correspond to a short-range communication protocol. As described above, short-range communication protocols include BLE, NFC, and/or other protocols utilizing non-persistent communication channels.

In some implementations, the first device forwards the first transaction information to a server (e.g., the server **130**) via a second communication capability (e.g., a long-range communication protocol such as CDMA, GSM, Wi-Fi, or the like), and the server **130** debits the account of the first user of the first device based on the amount of the first transaction, which is indicated in the first transaction information. In some implementations, the server **130** sends encrypted acknowledgment information via the second communication capability to the first device, and the first device forwards the encrypted acknowledgment information to the payment module via the first communication capability.

After sending the first transaction information to the first device and in accordance with a determination that first

50

acknowledgement information is received from the first device within a predetermined time period, the payment module deletes (**1606**) the stored first transaction information generated for the first transaction performed by the first user of the first device. In some implementations, the payment module **100** marks the first and second transaction as complete (in addition to or instead of deleting the first and second transaction information). For example, when the predetermined time period is 30 seconds, the payment module **100** deletes the first transaction information stored in the memory **760** (FIG. **20**) if the first acknowledgement information is received within 30 seconds of sending the first transaction information. For example, the payment module **100** determines whether the first acknowledgement information is received within a predetermined time period by comparing a timestamp of the stored first transaction information and the current time when (or if) the first acknowledgement is received.

In some implementations, the payment module encrypts (**1608**) the generated first transaction information, and the first acknowledgement information is encrypted. For example, the first transaction information is encrypted with a key corresponding to the payment module **100**, and the first acknowledgement information is encrypted with a key selected by the server **130** that corresponds to the payment module **100**. In this example, the keys are distinct, the same, or mutually known.

After sending the first transaction information to the first device and in accordance with a determination that the first acknowledgement information is not received from the first device within the predetermined time period, the payment module maintains (**1610**) the stored first transaction information generated for the first transaction performed by the first user of the first device. In one example, an acknowledgement is not received because the first device (e.g., the mobile device **150**) loses power. In another example, the first device loses its long-range communication connection to the server **130**, and is therefore unable to forward the first transaction information to a server for debiting the first user's account, or receiving an acknowledgement from the server **130**. In another example, the user of the first device maliciously severs the long-range communication connection to interrupt the transaction information from being sent to the server **130**, or to interrupt the acknowledgement information from being received by the payment module **100**. In some implementations, if the payment module **100** does not receive the acknowledgement information within the predetermined time period, or if the acknowledgement information cannot be decrypted (e.g., it has been fraudulently modified or accessed), the payment module **100** maintains the first transaction information (e.g., keeps transactions information **1150** stored in the memory **760**, FIG. **20**) and attempts to send the first transaction information to the server **130** via another device (e.g., a second mobile device **150**). For example, as discussed in greater detail below, the payment module leverages a subsequent second transaction involving a second device, and the first transaction information is sent to the second device with second transaction information that corresponds to a second transaction initiated by the user of the second device.

In some implementations, in accordance with the determination that the first acknowledgement information is not received from the first device within a predetermined time period, the payment module disables (**1612**) usage rights for the first user at the payment accepting unit. For example, the first user or user ID associated with the first device is suspended from performing cashless transactions, and further authorization grant tokens received from the first user or user

US 9,134,994 B2

51

ID are ignored by the payment module **100**. Thus, for example, the first user cannot initiate another transaction cashless transaction with the payment module **100**. In some implementations, the server **130** and/or payment module **100** records a history of incomplete transactions. In some implementations, the server **130** and/or payment module **100** blacklists the user only after a predefined number of incomplete transactions (e.g., 20 incomplete transactions), accounting for incomplete transactions that arise from non-malicious actions, such as a loss of cellular connection or power.

In some implementations, in accordance with the determination that the first acknowledgement information is not received from the first device within the predetermined time period, the payment module broadcasts (**1614**) an information packet via one of the one or more first communication capabilities, where the information packet includes one or more status flags indicating one or more unacknowledged first transactions including the first transaction performed by the first user of the first device. For example, the payment module **100** broadcasts packets (e.g., the packet **1100**, FIG. **24**A) which include the status flags **1108** that indicate (e.g., upload information indicator **1116**) that the payment module **100** has information that needs to be uploaded to the server **130** (e.g., transaction information for the interrupted/unacknowledged first transaction). Alternatively, in some implementations, the transaction information **1150** (FIG. **24**D) corresponding to an incomplete transaction is appended to the advertised information instead of merely setting the upload information indicator **1116** in the broadcast advertised information.

In some implementations, after determining that the first acknowledgement information is not received from the first device within the predetermined time period, the payment module obtains (**1616**), from the payment accepting unit, a second notification indicating completion of a second first transaction performed by a second user of a second device at the payment accepting unit and an amount of the first transaction. In response to receiving the second notification, the payment module **100** generates second transaction information based at least in part on the second notification, stores the generated second transaction information, and sends the generated first transaction information and the generated second transaction information to the second device via one of the one or more first communication capabilities. Thus, the payment module **100** leverages the subsequent second transaction by sending the first transaction information with the second transaction information. In some implementations, when the second user enters an authorization zone (e.g., authorization zone **104**, FIG. **1**), transaction information corresponding to the first user's incomplete first transaction is transmitted to the second device.

In some implementations, in accordance with a determination that second acknowledgement information is received from the second device within the predetermined time period, the payment modules deletes (**1618**) the stored first transaction information generated for the first transaction performed by the first user of the first device and the stored second transaction information generated for the second transaction performed by the second user of the second device. For example, in step **1272** of the process **1250** in FIG. **25**B, after receiving the first transaction information and the second transaction information, the server **130** sends acknowledgement information to the payment module **100** via the second device **150-2**, which acknowledges reception of the first transaction information and the second transaction information. Continuing with this example, in step **1276** of the process **1250** in FIG. **25**B, after receiving the acknowledgement

52

information, the payment module **100** deletes the first transaction information and the second transaction information.

In some implementations, in accordance with a determination that the second acknowledgement information is not received from the second device within a predetermined time period, the payment module maintains (**1620**) the stored first transaction information generated for the first transaction performed by the first user of the first device and the stored second transaction information generated for the second transaction performed by the second user of the second device. In some further implementations, the payment module **100** leverages a subsequent transaction involving a third device, and both the first and second transaction information are sent to the third device with third transaction information that corresponds to a third transaction initiated by the user of the third device.

It should be understood that the particular order in which the operations in FIGS. **29**A-**29**C have been described is merely exemplary and is not intended to indicate that the described order is the only order in which the operations could be performed. One of ordinary skill in the art would recognize various ways to reorder the operations described herein. Additionally, it should be noted that details of other processes described herein with respect to other methods described herein (e.g., the method **1400** in FIGS. **27**A-**27**C, the method **1500** in FIGS. **28**A-**28**B, and the method **1700** in FIGS. **30**A-**30**D) are also applicable in an analogous manner to the method **1600** described above with respect to FIGS. **29**A-**29**C.

FIGS. **30**A-**30**D illustrate a flowchart diagram of a method **1700** of updating firmware of the payment module in the payment processing system in accordance with some embodiments. In some implementations, the method **1700** is performed by a device (e.g., the mobile device **150**) with one or more processors, memory, and two or more communication capabilities. In some implementations, the method **1700** is governed by instructions that are stored in a non-transitory computer readable storage medium (e.g., the memory **860**, FIG. **21**) and the instructions are executed by one or more processors of the mobile device **150** (e.g., the processing unit **850**, FIG. **21**). Optional operations are indicated by dashed lines (e.g., boxes with dashed-line borders).

As noted above, in some circumstances, a payment module (e.g., the payment module **100**, FIG. **26**A) in a payment processing system cannot establish a direct communications channel to a server (e.g., the server **130**, FIG. **26**A), and is therefore unable to directly receive firmware updates from the server. In these cases, as described below, if the firmware of the payment module is determined to satisfy certain criteria (e.g., firmware version is out-of-date), one or more devices (e.g., the mobile device **150**) will send data packets to the payment module for updating the payment module's firmware. The device serves as a communications bridge between the payment module and the server, whereby the device obtains a verification request from the payment module, which the device then sends to the server for processing (e.g., the server **130** verifies that the data packets are non-corrupted and complete). After processing the verification request, the server sends a firmware command to the device, which the device then sends to the payment module for execution.

A device (e.g., the mobile device **150**) obtains (**1702**), from a payment module (e.g., the payment module **100**), advertised information via a first communication capability, where the advertised information at least includes a current firmware version of the payment module. In some implementations, the current firmware version corresponds to a timestamp (e.g., Feb. 5, 2014), while in other implementations, the current

US 9,134,994 B2

53

firmware version is denoted by a version number (e.g., v1.4). Advertised information is described in greater detail herein with respect to FIG. **24**A.

In some implementations, the first communication capability corresponds (**1704**) to a short-range communication protocol. As described above, short-range communication protocols include BLE, NFC, and/or other protocols utilizing non-persistent communication channels.

The device determines (**1708**) that the current firmware version of the payment module satisfies one or more predefined firmware criteria.

In some implementations, the current firmware version of the payment module is compared (**1710**) with a firmware version stored by the device, and the one or more predefined firmware criteria are satisfied (**1712**) if the current firmware version of the payment module does not match the firmware version stored by the device. In some implementations, the device obtains an indication (e.g., from the server **130**, FIG. **26**A) that the firmware version it stores is the latest firmware version. In some implementations, the latest firmware version is determined from a timestamp associated with the firmware. Alternatively, in some implementations, it is presumed that the firmware version stored by the device is the latest version.

In some implementations, the predefined firmware criteria are satisfied if the current firmware version of the payment module predates the firmware version stored by the device (e.g., the firmware of payment module **100** has a timestamp of Feb. 5, 2014, compared to the firmware of mobile device **150** which has a timestamp of Apr. 4, 2014), or has a version number less than the firmware version stored by the device (e.g., firmware v1.4 of the payment module **100** compared to firmware v1.5 of the mobile device **150**, where the firmware version numbers are assigned in monotonically ascending order by the server **130**). In other implementations, the predefined firmware criteria are satisfied if the current firmware version of the payment module is newer than the firmware version stored by the device. This arises, for example, if a firmware rollback procedure is initiated, where the newer firmware version of the payment module is overwritten with an older firmware version of the device.

Alternatively, in some implementations, the device receives, from a server, the determination that the current firmware version of the payment module satisfies one or more predefined firmware criteria. In these implementations, for example, the device sends the current firmware version of the payment module to the server (e.g., the server **130**, FIG. **26**A) via a second communication capability (e.g., GSM), where the server determines (e.g., by comparing the current firmware version of the payment module and a latest version of the firmware) if the current firmware version satisfies predefined firmware criteria (as described in greater detail above).

In some implementations, prior to sending firmware update information and in accordance with a determination that the current firmware version of the payment module does not match the firmware version stored by the first device (**1714**), the device sends (**1716**), to a server, a firmware update request so as to update the firmware of the payment module via a second communication capability. In some implementations, the second communication capability corresponds (**1718**) to a long-range communication protocol. For example, in some implementations, the long-range communication protocol is one of GSM, Wi-Fi, CDMA, LTE, and/or the like.

In some implementations, in response to sending the firmware update request, the device receives (**1720**) from the server, a firmware update approval message, and in response to receiving the firmware update approval message, the

54

device sends (**1724**), to the payment module, the firmware update approval message. In some implementations, as described in greater detail with respect to FIG. **26**C, the server (e.g., server **130**) permits or declines the firmware update request for any of a number of reasons (e.g., firmware stored by the mobile device **150** is out of date).

Furthermore, in some implementations, firmware update approval message includes (**1722**) a verification value for each of the one or more data packets and a hash value for the firmware update information. A more in-depth discussion is provided in the corresponding description for FIG. **26**C, with respect to the ways in which the payment module **100** uses the verification value and hash value for verifying and executing the firmware update information (e.g., one or more data packets corresponding to a latest firmware version).

In some implementations, sending the firmware update information via the first communication capability includes (**1726**), in response to receiving the firmware update approval message from the server, sending, to the payment module, firmware update information via the first communication capability.

In some implementations, the device obtains (**1728**) update status information from the payment module, wherein the update status information indicates remaining packets for updating the current firmware version of the payment module. As described in greater detail with respect to FIG. **26**C, in some implementations, the update status information indicating remaining packets (e.g., packets 50-100) for updating the current firmware version is sent by the payment module **100** after receiving a firmware update approval message, while in other implementations, the update status information is included in broadcasted packet **1100** that is broadcast by the payment module **100**. Alternatively and/or additionally, the update status information indicates one or more data packets received for updating the current firmware version of the payment module to the most recent firmware version. Furthermore, in some implementations, the update status information identifies the firmware version to which the remaining and/or received data packets correspond. Furthermore, in some implementations, sending the firmware update information via the first communication capability is based on the update status information.

In accordance with a determination that the current firmware version of the payment module satisfies one or more predefined firmware criteria, the device sends (**1730**), to the payment module, firmware update information via the first communication capability, where the firmware update information includes one or more data packets for updating the current firmware version of the payment module. In some implementations, the firmware update information is stored by the device, and was included in a latest update to the application **140** associated with the payment processing system. In some implementations, the firmware update information is obtained from a server (e.g., the server **130**, FIG. **26**A) via a second communication capability (e.g., GSM), and sent to the payment module via the first communication capability.

In some implementations, advertised information further includes (**1706**) an authorization zone threshold criterion, and the device determines (**1732**) that the authorization zone threshold criterion is satisfied. For example, in some implementations, the device starts transmitting data packets to update the payment module firmware upon entering the authorization zone (e.g., the authorization zone **140**, FIG. **1**) of the payment module. In some implementations, once the device has started transmitting data packets, if the device later leaves the authorization zone, the device continues to transmit data packets as long as the device remains with the commu-

55

nication zone of the payment module (e.g., BLE range), or, alternatively, the device ceases transmission of data packets.

In some implementations, the device obtains (**1734**) additional advertised information, where the additional advertised information at least includes update status information. In some implementations, the additional advertised information further includes a new authorization code and/or status flags. In some implementations, the update status information identifies (**1738**) one or more remaining data packets (e.g., packets 50-100) for updating the current firmware version of the payment module to the most recent firmware version. Alternatively and/or additionally, the update status information identifies (**1740**) one or more data packets received for updating the current firmware version of the payment module to the most recent firmware version. Furthermore, in some implementations, the update status information identifies the firmware version to which the remaining and/or received data packets correspond. Optionally, the update status information is included in transaction information (e.g., the transaction information **1150**, after completing a transaction).

In some implementations, the update status information includes (**1736**) a verification request. For example, a verification request is generated and included in update status information when the payment module **100** has received all data packets necessary for completing the firmware update. A verification request is generally associated with a request to implement the received data packets in order to update the firmware of the payment module **100**. In some implementations, a verification request is a request for a server (e.g., the server **130**, FIG. **26**A) to determine if any received data packets are corrupted, if the received data packets form a complete set sufficient to initiate a firmware update, and/or if the received data packets correspond to a latest firmware version. In some embodiments, a verification request is a checksum performed by the payment module on the received data packets for the firmware update according to a predefined checksum algorithm. Furthermore, in some implementations, the verification request is sent to the server with transaction status information (e.g., transaction information **1150**, FIG. **24**D) after a user completes a transaction (e.g., the step **1260** in process **1250** of FIG. **25**B).

In some implementations in which the device obtains additional advertised information including a verification request, the device sends (**1742**), to a server, at least the current firmware version and a verification request via a second communication capability. In some implementations, the second communication capability corresponds (**1744**) to a long-range communication protocol (e.g., GSM, Wi-Fi, CDMA, LTE, and/or the like). In some implementations, the verification request is sent by the payment module directly to the server via a secure communications channel (e.g., an encrypted channel).

Furthermore, in some implementations, the device obtains (**1746**), from the server, a firmware command via the second communication capability, and sends (**1748**), to the payment module, the firmware command via the first communication capability. The server processes the verification request prior to issuing a firmware command to the device to send to the payment module. As described above, in some implementations, the server determines if any received data packets are corrupt (e.g., by using a checksum), if the received data packets form a complete set sufficient to initiate a firmware update, and/or if the received data packets correspond to a latest firmware version. In some implementations, unless some or all of these aforementioned conditions (e.g., corrupted data packets, complete set, etc.) are not satisfied, the server issues an approval code and/or a firmware command to initiate an

56

update of the payment module's firmware. In some embodiments, the server determines whether a checksum included in the verification request matches a checksum value determined by the server for the firmware update indicated by the verification request (e.g., a version number). For example, if the checksum included in the verification request does not match the server's checksum, the server issues a firmware command to not implement the firmware update and to delete the data packets corresponding to the firmware update associated with the verification request was sent. In this example, the checksums may not match if one or more of the data packets for the firmware update are corrupted or have been altered.

In some implementations, the firmware command is a rollback command (e.g., ignore firmware update and keep current firmware version of the payment module **100**), a delete command (e.g., deleting either all or a portion of the data packets for the firmware update), or an initialization command (e.g., initializing the firmware update in the payment module **100**). If the server determines, in some implementations, that the received data packets do not correspond to a latest firmware version (e.g., the firmware update information stored by the device corresponds to firmware v1.4, compared to a latest firmware v1.5), the server will send, to the device or directly to the payment module, firmware update information including one or more data packets corresponding to a latest firmware version. This may occur, for example, if the mobile device **150** itself is not storing the latest firmware. In some implementations, the firmware command is encrypted with an encryption key that corresponds to the payment module (e.g., a shared secret key or a public key in an asymmetric cryptography scheme).

In some implementations, a second device with one or more processors, memory, and two or more communication capabilities, obtain (**1750**), from the payment module, advertised information via the first communication capability, where the advertised information at least includes a current firmware version of the payment module and the update status information. The second device determines (**1752**) whether the current firmware version of the payment module predates a most recent firmware version. In accordance with a determination that the current firmware version of the payment module satisfies one or more predefined firmware criteria, the second device sends (**1754**), to the payment module, firmware update information via the first communication capability, where the firmware update information one or more additional data packets for updating the current firmware version based at least in part on the update status information. Thus, in some implementations, multiple devices send to the payment module portions of a complete set of data packets needed for a firmware update, where the data packets sent by one device are distinct from the data packets sent by another device. In one example, when a firmware update includes data packets 1 through 100, a first device (e.g. the mobile device **150**) sends data packets 1 through 50 to the payment module **100**, and a second device (a different mobile device **150**, not shown) sends data packets 50 through 100.

It should be understood that the particular order in which the operations in FIGS. **30**A-**30**D have been described is merely exemplary and is not intended to indicate that the described order is the only order in which the operations could be performed. One of ordinary skill in the art would recognize various ways to reorder the operations described herein. Additionally, it should be noted that details of other processes described herein with respect to other methods described herein (e.g., the method **1400** in FIGS. **27**A-**27**C, the method **1500** in FIGS. **28**A-**28**B, and the method **1600** in

US 9,134,994 B2

57

FIGS. **29**A-**29**C) are also applicable in an analogous manner to the method **1600** described above with respect to FIGS. **30**A-**30**D.

MISCELLANEOUS

It should be noted that relative terms are meant to help in the understanding of the technology and are not meant to limit the scope of the invention. Similarly, unless specifically stated otherwise, the terms used for labels (e.g., "first," "second," and "third") are meant solely for purposes of designation and not for order or limitation. The term "short" in the phrase "short-range" (in addition to having technology specific meanings) is relative to the term "long" in the phrase "long-range."

The terms "may," "might," "can," and "could" are used to indicate alternatives and optional features and only should be construed as a limitation if specifically included in the claims.

It should be noted that, unless otherwise specified, the term "or" is used in its nonexclusive form (e.g., "A or B" includes A, B, A and B, or any combination thereof, but it would not have to include all of these possibilities). It should be noted that, unless otherwise specified, "and/or" is used similarly (e.g., "A and/or B" includes A, B, A and B, or any combination thereof, but it would not have to include all of these possibilities). It should be noted that, unless otherwise specified, the terms "includes" and "has" mean "comprises" (e.g., a device that includes, has, or comprises A and B contains A and B, but optionally may contain C or additional components other than A and B). It should be noted that, unless otherwise specified, the singular forms "a," "an," and "the" refer to one or more than one, unless the context clearly dictates otherwise.

It is to be understood that the inventions, examples, and implementations described herein are not limited to particularly exemplified materials, methods, and/or structures. It is to be understood that the inventions, examples, and implementations described herein are to be considered preferred inventions, examples, and implementations whether specifically identified as such or not.

The terms and expressions that have been employed in the foregoing specification are used as terms of description and not of limitation, and are not intended to exclude equivalents of the features shown and described. While the above is a complete description of selected implementations of the present invention, it is possible to practice the invention using various alternatives, modifications, adaptations, variations, and/or combinations and their equivalents. It will be appreciated by those of ordinary skill in the art that any arrangement that is calculated to achieve the same purpose may be substituted for the specific embodiment shown. It is also to be understood that the following claims are intended to cover all of the generic and specific features of the invention herein described and all statements of the scope of the invention that, as a matter of language, might be said to fall therebetween.

What is claimed is:

**1**. A method of updating firmware, comprising:

at a first mobile device of a first potential transactor, wherein the first mobile device includes one or more processors, memory, and two or more communication capabilities, wherein the two or more communication capabilities include a first communication capability and a second communication capability distinct from the first communication capability:

while executing an application compatible with a mobile device-to-machine payment system:

58

receiving, from a server of the mobile device-to-machine payment system, an update for the application and a firmware image for a payment module of the mobile device-to-machine payment system via the second communication capability;

after receiving the update for the application and the firmware image for the payment module:

updating the application based on the update; and

storing the firmware image for the payment module;

subsequent to and independent from the receiving, the updating, and the storing, obtaining an information packet broadcast by the payment module via the first communication capability, wherein the information packet at least includes a current firmware version of the payment module and an authorization code for initiating a transaction for a payment accepting unit coupled with the payment module;

comparing the current firmware version of the payment module with a version of the stored firmware image; and

in accordance with a first determination that the current firmware version of the payment module does not match the firmware version of the firmware image stored by the first mobile device, sending, to the payment module, firmware update information via the first communication capability, wherein the firmware update information includes one or more data packets for updating the current firmware version of the payment module to the version of the firmware image stored by the first mobile device.

**2**. The method of claim **1**, wherein the first communication capability corresponds to a short-range communication protocol.

**3**. The method of claim **1**, further comprising:

prior to the sending and in accordance with the first determination that the current firmware version of the payment module does not match the firmware version of the firmware image stored by the first mobile device, sending, to the server, a firmware update request so as to update the firmware of the payment module via the second communication capability;

in response to sending the firmware update request, receiving from the server, a firmware update approval message; and

in response to receiving the firmware update approval message, sending, to the payment module, the firmware update approval message;

wherein sending the firmware update information via the first communication capability includes, in response to receiving the firmware update approval message from the server, sending, to the payment module, firmware update information via the first communication capability.

**4**. The method of claim **3**, wherein the firmware update approval message includes a verification value for each of the one or more data packets and a hash value for the firmware update information.

**5**. The method of claim **1**, wherein the second communication capability corresponds to a long-range communication protocol.

**6**. The method of claim **1**, wherein the information packet further includes an authorization zone threshold criterion for the payment module; and

wherein sending, to the payment module, firmware update information via the first communication capability is in accordance with the first determination that the current

US 9,134,994 B2

**59**

firmware version of the payment module does not match the firmware version of the firmware image stored by the first mobile device and in accordance with a second determination that the authorization zone threshold criterion is satisfied.

**7**. The method of claim **1**, further comprising:

obtaining update status information, from the payment module, wherein the update status information indicates remaining packets for updating the current firmware version of the payment module.

**8**. The method of claim **1**, further comprising:

after sending the firmware update information, obtaining a subsequent information packet broadcast by the payment module that at least includes update status information.

**9**. The method of claim **8**, wherein the update status information includes a verification request, the method further comprising:

sending, to the server, at least the current firmware version and the verification request via the second communication capability;

obtaining, from the server, a firmware command via the second communication capability; and

sending, to the payment module, the firmware command via the first communication capability.

**10**. The method of claim **1**, further comprising:

at a second mobile device of a second potential transactor, wherein the second mobile device includes one or more processors, memory, and two or more communication capabilities, wherein the two or more communication capabilities include the first communication capability and the second communication capability distinct from the first communication capability:

while executing the application compatible with the mobile device-to-machine payment system;

receiving, from the server, an update for the application and the firmware image for the payment module via the second communication capability;

after receiving the update for the application and the firmware image for the payment module:

updating the application based on the update; and

storing the firmware image for the payment module;

subsequent to and independent from the receiving, the updating, and the storing, obtaining an information packet broadcast by the payment module via the first communication capability, wherein the information packet at least includes a current firmware version of the payment module, update status information, and an authorization code for initiating a transaction for a payment accepting unit coupled with the payment module; and

in accordance with a determination that the current firmware version of the payment module does not match the firmware version of the firmware image stored by the second mobile device, sending, to the payment module, firmware update information via the first communication capability, wherein the firmware update information includes one or more additional data packets for updating the current firmware version to the version of the firmware image stored by the second mobile device based at least in part on the update status information.

**11**. The method of claim **10**, wherein the update status information identifies one or more remaining data packets for updating the current firmware version of the payment module.

**60**

**12**. The method of claim **10**, wherein the update status information identifies one or more data packets received for updating the current firmware version of the payment module.

**13**. A mobile device of a potential transactor, comprising:

two or more communication capabilities, wherein the two or more communication capabilities include a first communication capability and a second communication capability distinct from the first communication capability;

one or more processors; and

memory storing one or more programs to be executed by the one or more processors, the one or more programs comprising instructions for:

while executing an application compatible with a mobile device-to-machine payment system;

receiving, from a server of the mobile device-to-machine payment system, an update for the application and a firmware image for a payment module of the mobile device-to-machine payment system via the second communication capability;

after receiving the update for the application and the firmware image for the payment module:

updating the application based on the update; and

storing the firmware image for the payment module;

subsequent to and independent from the receiving, the updating, and the storing, obtaining an information packet broadcast by the payment module via the first communication capability, wherein the information packet at least includes a current firmware version of the payment module and an authorization code for initiating a transaction for a payment accepting unit coupled with the payment module;

comparing the current firmware version of the payment module with a version of the stored firmware image; and

in accordance with a determination that current firmware version of the payment module does not match the firmware version of the firmware image stored by the mobile device, sending, to the payment module, firmware update information via the first communication capability, wherein the firmware update information includes one or more data packets for updating the current firmware version of the payment module to the version of the firmware image stored by the mobile device.

**14**. The mobile device of claim **13**, wherein the first communication capability corresponds to a short-range communication protocol.

**15**. The mobile device of claim **13**, wherein the one or more programs further comprise instructions for:

prior to the sending and in accordance with the determination that the current firmware version of the payment module does not match the firmware version of the firmware image stored by the mobile device, sending, to the server, a firmware update request so as to update the firmware of the payment module via the second communication capability;

in response to sending the firmware update request, receiving from the server, a firmware update approval message; and

in response to receiving the firmware update approval message, sending, to the payment module, the firmware update approval message;

wherein sending the firmware update information via the first communication capability includes, in response to

**61**

receiving the firmware update approval message from the server, sending, to the payment module, the firmware update information via the first communication capability.

**16**. The mobile device of claim **15**, wherein the firmware update approval message includes a verification value for each of the one or more data packets and a hash value for the firmware update information.

**17**. The mobile device of claim **13**, wherein the second communication capability corresponds to a long-range communication protocol.

**18**. The mobile device of claim **13**, wherein the one or more programs further comprise instructions for:

after sending the firmware update information, obtaining a subsequent information packet broadcast by the payment module that at least includes update status information, wherein the update status information indicates remaining packets for updating the current firmware version of the payment module.

**19**. A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which, when executed by a mobile device of a potential transactor with one or more processors and two or more communication capabilities, wherein the two or more communication capabilities include a first communication capability and a second communication capability distinct from the first communication capability, cause the mobile device to perform operations comprising:

while executing an application compatible with a mobile device-to-machine payment system:

receiving, from a server of the mobile device-to-machine payment system, an update for the application and a firmware image for a payment module of the mobile device-to-machine payment system via the second communication capability;

after receiving the update for the application and the firmware image for the payment module:

updating the application based on the update; and

storing the firmware image for the payment module;

subsequent to and independent from the receiving, the updating, and the storing, obtaining an information packet broadcast by the payment module via the first communication capability, wherein the information at least includes a current firmware version of the payment module and an authorization code for initiating a transaction for a payment accepting unit coupled with the payment module;

comparing the current firmware version of the payment module with a version of the stored firmware image; and

in accordance with a determination that the current firmware version of the payment module does not match

**62**

the firmware version of the firmware image stored by the mobile device, sending, to the payment module, firmware update information via the first communication capability, wherein the firmware update information includes one or more data packets for updating the current firmware version of the payment module to the version of the firmware image stored by the mobile device.

**20**. The non-transitory computer readable storage medium of claim **19**, wherein the instructions cause the mobile device to perform operations further comprising:

prior to the sending and in accordance with the determination that the current firmware version of the payment module does not match the firmware version of the firmware image stored by the mobile device, sending, to the server, a firmware update request so as to update the firmware of the payment module via the second communication capability;

in response to sending the firmware update request, receiving from the server, a firmware update approval message; and

in response to receiving the firmware update approval message, sending, to the payment module, the firmware update approval message;

wherein sending the firmware update information via the first communication capability includes, in response to receiving the firmware update approval message from the server, sending, to the payment module, the firmware update information via the first communication capability.

**21**. The non-transitory computer readable storage medium of claim **20**, wherein the firmware update approval message includes a verification value for each of the one or more data packets and a hash value for the firmware update information.

**22**. The non-transitory computer readable storage medium of claim **19**, wherein the first communication capability corresponds to a short-range communication protocol.

**23**. The non-transitory computer readable storage medium of claim **19**, wherein the second communication capability corresponds to a long-range communication protocol.

**24**. The non-transitory computer readable storage medium of claim **19**, wherein the instructions cause the mobile device to perform operations further comprising:

after sending the firmware update information, obtaining a subsequent information packet broadcast by the payment module that at least includes update status information, wherein the update status information indicates remaining packets for updating the current firmware version of the payment module.

* * * * *