UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-20970-RS

| | |
|---|---|
| PAYRANGE, INC. | ) |
|       Plaintiff, | ) |
| v. | ) |
| KIOSOFT TECHNOLOGIES, LLC and TECHTREX, INC., | ) |
|       Defendants. | ) |

## MOTION TO WITHDRAW APPEARANCE

Christian H. Robertson II of the law firm of Ice Miller LLP moves the Court to withdraw his appearance on behalf of Defendants KioSoft Technologies, LLC and TechTrex, Inc. All other counsel will remain as counsel for Defendants KioSoft Technologies, LLC and TechTrex, Inc. Attorney Robertson requests that the Court grant this Motion and withdraw his appearance in this matter, effective upon the entry of the Court's Order, a draft of which is submitted herewith. Counsel for PayRange, Inc., does not oppose this Motion.

Dated:  August 24, 2022

Respectfully submitted,

*s/ Christian H. Robertson II*
Christian H. Robertson II, *pro hac vice*
Ice Miller LLP
200 Massachusetts NW, Suite 400
Washington, DC 20001
Phone:  202-807-4021
Facsimile:  202-807-4022
Christian.Robertson@icemiller.com

4875-8276-9455.1

John A. Camp
Florida Bar Number 848115
Ice Miller LLP
7300 Biscayne Boulevard, Suite 200
Miami, Florida 33138
Phone:  305-341-9055
John.Camp@icemiller.com

Holiday W. Banta, *pro hac vice*
Ice Miller LLP
One American Square, Suite 2900
Indianapolis, IN 46282
Phone:  317-236-5882
Facsimile:  317-592-4226
H.Banta@icemiller.com

T. Earl LeVere, *pro hac vice*
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215
Phone:  614-462-1095
Facsimile:  614-228-4847
Earl.LeVere@icemiller.com

Thomas A. Rammer, *pro hac vice*
Ice Miller LLP
200 W. Madison Street, Suite 3500
Chicago, IL 60606
Phone:  312-705-6016
Facsimile:  312-705-6017
Tom.Rammer@icemiller.com

*Counsel for Defendants KioSoft Technologies, LLC and TechTrex, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 24, 2022, a copy of the foregoing Motion to Withdraw Appearance was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access the filing through the Court's system.

*s/ Christian H. Robertson II*
Christian H. Robertson II pro hac vice

4875-8276-9455.1