UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-20970-LFL

PAYRANGE, INC.,

    Plaintiff,

v.

KIOSOFT TECHNOLOGIES, LLC and
TECHTREX, INC.,

    Defendants.
_____/

## JUDGMENT UNDER RULE 54(B)

**THIS CAUSE** is before the Court following the Court's ruling on the Parties' Joint Motion to Certify Judgment and Stay Remaining Counterclaims Pending Appeal. Consistent with the Court's ruling on the Motion certifying appeal, and as required under Federal Rule of Civil Procedure 58(a), and pursuant to Federal Rule of Civil Procedure 54(b), judgment is **ENTERED** in this matter against Plaintiff PayRange, Inc. as to Count I, infringement of United States Patent No. 9,659,296 (the "'296 patent"), and Count II, infringement of United States Patent No. 9,134,994 (the "'994 patent"), and in favor of Defendants KioSoft Technologies, LLC and TechTrex, Inc., as to Counterclaim I, non-infringement of the '296 patent, and Counterclaim II, non-infringement of the '994 patent.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of July, 2023.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE