

FILED BY____*AP*____D.C.

**Feb 6, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**PAYRANGE INC.,**
*Plaintiff-Appellant*

v.

**KIOSOFT TECHNOLOGIES, LLC, TECHTREX, INC.,**
*Defendants-Appellees*

———————————

2023-2378

———————————

Appeal from the United States District Court for the Southern District of Florida in No. 1:20-cv-20970-LFL, Judge Lauren F. Louis.

———————————

**ON MOTION**

———————————

**O R D E R**

PayRange Inc. moves unopposed to voluntarily dismiss this appeal with prejudice pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

The court generally does not specify whether a dismissal of an appeal is with prejudice.

2 PAYRANGE INC. v. KIOSOFT TECHNOLOGIES, LLC

IT IS ORDERED THAT:

(1) The appeal is reactivated.

(2) The motion is granted to the extent that the appeal is dismissed.

(3) Each side shall bear its own costs.

FOR THE COURT

February 6, 2024
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: February 6, 2024